# Exhibit 1

# SB 252 bail reform could save counties & communities millions

Analysis by Open Justice Oklahoma Director
Ryan Gentzler / rgentzler@okpolicy.org



Oklahoma's money bail system drains millions of dollars of wealth from our most vulnerable communities and keeps thousands of our citizens incarcerated each year because they can't afford to bond out. People accused of nonviolent offenses can spend weeks in jail, costing counties millions of dollars with no benefit to public safety.

## Money bail amounts vary greatly from county to county.

The median bond amount for people accused of nonviolent misdemeanors varies from a low of $800 in Ellis County to a high of $2,500 in Canadian County. The median bond amount for people accused of nonviolent felonies ranged from a low of $4,000 in Tulsa County to as high as $10,000 or more.



**Bail amounts for Oklahomans accused of nonviolent offenses vary widely by county**
Median bond amount for defendants accused of nonviolent offenses, FY 2018

| County | Felony | Misdemeanor |
|---|---|---|
| ELLIS | $16,000 | $800 |
| CANADIAN | $10,000 | $2,500 |
| COMANCHE | $10,000 | $2,000 |
| LOGAN | $10,000 | $2,000 |
| PAYNE | $10,000 | $2,000 |
| PUSHMATAHA | $10,000 | $1,500 |
| ROGER MILLS | $10,000 | $1,000 |
| CLEVELAND | $7,000 | $1,000 |
| GARFIELD | $7,000 | $1,500 |
| OKLAHOMA | $5,000 | $2,000 |
| ROGERS | $5,000 | $1,000 |
| TULSA | $4,000 | $1,000 |

# SB 252 bail reform



## Defendants who cannot post bond spend weeks or months in jail even though they haven't been convicted of a crime.

People accused of nonviolent misdemeanor offenses spend 2 to 6 weeks in jail before their case is resolved if they cannot afford their bond. In some counties, the average person accused of a nonviolent felony spends nearly six months in jail.



**Nonviolent defendants who can't afford bond can spend months in jail**
Median estimated jail stay for people accused of nonviolent offenses who did not post bond, FY 2018

| County | Felony | Misdemeanor |
|---|---|---|
| ROGERS | 183 | 29.5 |
| ELLIS | 171 | |
| COMANCHE | 120.5 | 13 |
| GARFIELD | 106.5 | 38 |
| LOGAN | 88.5 | 23 |
| PAYNE | 82 | 29 |
| CANADIAN | 71 | 36.5 |
| OKLAHOMA | 69.5 | 26 |
| PUSHMATAHA | 67.5 | 28 |
| CLEVELAND | 62.5 | 33 |
| TULSA | 33 | 30 |

Note: Roger Mills County is excluded due to small sample size.

# SB 252 bail reform



## Money bail drains wealth from our most vulnerable communities.

Bail bond agents typically charge a nonrefundable fee of 10 percent to secure a person's bond. These fees take millions of dollars from Oklahomans accused of crimes each year, even if their charges are dismissed or they are found not guilty.



Estimated fees paid to bail bond agents for initial pretrial bonds for all offenses charged in District Courts in FY 2018

|  | Misdemeanor | | Felony | | |
| --- | --- | --- | --- | --- | --- |
| County | Number of Cases | Estimated Fees | Number of Cases | Estimated Fees | Total Fees |
| CANADIAN | 707 | $246,247.50 | 533 | $1,300,958.40 | $1,547,205.90 |
| CLEVELAND | 889 | $283,276.50 | 649 | $1,002,595.30 | $1,285,871.80 |
| COMANCHE | 481 | $713,000.00 | 370 | $1,010,150.00 | $1,723,150.00 |
| ELLIS | 27 | $6,703.34 | 10 | $71,150.00 | $77,853.34 |
| GARFIELD | 657 | $255,046.85 | 277 | $380,187.00 | $635,233.85 |
| LOGAN | 365 | $120,539.00 | 152 | $327,992.00 | $448,531.00 |
| OKLAHOMA | 3,005 | $1,096,521.56 | 3,569 | $4,653,364.20 | $5,749,885.76 |
| PAYNE | 524 | $182,994.61 | 228 | $297,450.00 | $480,444.61 |
| PUSHMATAHA | 63 | $35,569.38 | 49 | $134,465.00 | $170,034.38 |
| ROGER MILLS | 27 | $8,871.95 | 6 | $30,050.00 | $38,921.95 |
| ROGERS | 451 | $156,703.85 | 445 | $986,151.60 | $1,142,855.45 |
| TULSA | 3,286 | $868,820.10 | 2,679 | $3,655,950.00 | $4,524,770.10 |

# SB 252 bail reform

## Many defendants can't afford to bond out.

One in four nonviolent misdemeanor defendants in Pushmataha and Logan Counties remains in jail until their case is disposed. One in three people accused of nonviolent felonies in Canadian and Payne counties, and two in five defendants in Tulsa County, remain in jail until the disposition of their cases.



**In nearly all counties, a significant portion of people accused of nonviolent offenses fail to post bond**
Percent of defendants who did not post bond before case resolution, FY 2018

| County | Felony | Misdemeanor |
|---|---|---|
| TULSA | 40% | 24% |
| CANADIAN | 33% | 21% |
| PAYNE | 33% | 23% |
| GARFIELD | 29% | 16% |
| LOGAN | 25% | 27% |
| ELLIS | 20% | 0% |
| COMANCHE | 17% | 13% |
| ROGERS | 17% | 9% |
| CLEVELAND | 15% | 6% |
| PUSHMATAHA | 12% | 19% |
| ROGER MILLS | 10% | 17% |
| OKLAHOMA | 6% | 29% |

# SB 252 bail reform



## Counties could substantially reduce jail costs through smart pretrial reforms.

SB 252 would ensure that people who are accused of nonviolent offenses and are not a flight risk would be granted recognizance bonds. Many counties could realize savings of several hundred thousand dollars per year by releasing these defendants in a timely fashion without monetary conditions.



Estimated days in jail and cost of pretrial incarceration for detainees held on nonviolent charges in FY 2018

|  | Misdemeanor | | Felony | | |
| --- | --- | --- | --- | --- | --- |
| County | Jail Days | Cost* | Jail Days | Cost* | Total Cost* |
| TULSA | 30,273 | $817,371.00 | 40,821 | $1,102,167.00 | $1,919,538.00 |
| ROGERS | 1,990 | $53,730.00 | 10,221 | $275,967.00 | $329,697.00 |
| ROGER MILLS | 52 | $1,404.00 | 340 | $9,180.00 | $10,584.00 |
| PUSHMATAHA | 505 | $13,635.00 | 338 | $9,126.00 | $22,761.00 |
| PAYNE | 8,610 | $232,470.00 | 6,705 | $181,035.00 | $413,505.00 |
| OKLAHOMA | 22,215 | $599,805.00 | 6,497 | $175,419.00 | $775,224.00 |
| LOGAN | 2,086 | $56,322.00 | 3,498 | $94,446.00 | $150,768.00 |
| GARFIELD | 6,411 | $173,097.00 | 8,437 | $227,799.00 | $400,896.00 |
| ELLIS | – | – | 342 | $9,234.00 | $9,234.00 |
| COMANCHE | 3,677 | $99,279.00 | 6,907 | $186,489.00 | $285,768.00 |
| CLEVELAND | 3,692 | $99,684.00 | 7,595 | $205,065.00 | $304,749.00 |
| CANADIAN | 4,328 | $116,856.00 | 12,260 | $331,020.00 | $447,876.00 |

* Cost estimates are based on the DOC jail reimbursement rate, currently $27 per day.

Open Justice Oklahoma uses public data to open the black box of our justice system.
Program of Oklahoma Policy Institute / openjusticeok.org / openjustice@okpolicy.org