# Exhibit 6

I, Jermaine Bradford, swear and affirm under penalty of perjury that the following information is true and correct:

1. I am a 37 year old black man.

2. I was arrested on Nov. 20, 2019 for DUI while driving in Yukon around midnight.

3. I was taken to the Yukon Jail around 1am and stayed there until around 5am. Then, I was taken to the Canadian County Jail.

4. The computers were down when I was booked in. I asked the jail officer how much my bond was. They said around $6,000. I could not afford to pay that. The jail officer looked at a piece of paper to determine my bond.

5. It was about a week or a week and a half before I saw a judge. The meeting with the judge happened in the visitation area of the jail. Before I walked into my arraignment, I was handed an application for a public defender. I sat down in the visitation room, and the judge appeared on a screen. A jail officer was standing by the open door of the visitation room. The female judge was sitting at her desk. I picked up a phone to speak with the judge. The judge said my name. I said yes. She told me what my charges were and asked if I understood. I said yes. She told me my bond was $2,000 - $1,000 per charge. She asked me if I understood. I said yes. The whole meeting lasted less than 3 minutes. Before I left, she said to be in her courtroom on Dec. 18, 2019.

6. I could not afford my bond amount

7.  At the time of my arrest, I was doing odd job doing cement work and other construction. I made about $500 per month. I live with my girlfriend, who is on disability income. Our monthly rent and bills are around $900 per month. After our expenses, there is little to no money left over. I do not have any savings. We do not make enough money to have a bank account.

8.  The judge did not ask me any questions about my income, monthly expenses, or if I could afford the set bond amount.

9.  The judge did not tell me why she set my bond amount at $2,000.

10. The judge did not tell me that there were other options to get out of jail besides paying a cash bond.

11. There was no lawyer to represent me at the proceeding

12. I would have liked to have a lawyer at the meeting with the judge to help me explain that I can't afford that bond. I would have liked a lawyer to help me explain why I should get an OR bond.

13. I cannot afford a lawyer.

14. I have turned in my application for a public defender. The form asks if I spoke with 3 lawyers. I put "no" because I do not know any lawyers. The form asks for notarization. I left it blank. There is a $40 application fee. I cannot afford that.

15. I have been in jail for about 16 days.

16. I have stayed in jailed because I cannot afford my bond. While in jail, I have not been able to make money to help pay my girlfriend and my expense. She has been struggling to pay our bills.

I gave Megan Lambert permission to handwrite this statement. I reviewed this statement with Amia Trigg, Marta Cook, and Megan Lambert, and it is true and correct.

I sign this statement under penalty of perjury.

Date: <u>12-7-19</u>

Signature: <u>/s/ Jermaine Bradford</u>