# Exhibit 10

I, Landon Proudfit, swear and affirm under penalty of perjury that the following information is true and correct:

1. I am a 35 year old white male.

2. I was arrested on November 15, 2019. I was at my apartment. They took me to Yukon City jail for fingerprints and mugshots. Within about 30 minutes, they took me to Canadian County Detention Center.

3. Within an hour of my arriving at Canadian County, they put me on suicide watch. I was isolated. I had no mat, no blanket, no hygiene products. They yanked my glasses off my face. I am functionally blind in one eye, and without my glasses I can't see anything. I was not allowed to shower or brush my teeth. I was not allowed phone calls.

4. On Sunday, November 18, I was out of the cell for "rec time" for a half hour, handcuffed to a bench. I asked the officer at the desk what my charges were and what my bond was. He told me Burglary II and receiving and concealing stolen property. He told me my bond was $30,000. I asked him when I would be arraigned – he said when the DA decided.

5. I was released from suicide watch on Tuesday, November 20. I was able to call my mom from the pod. I told her the amount of the bond and she said, "holy shit." She doesn't have that kind of money.

6. A few days later I was able to call my wife to ask if she could help with any part of it. She said she couldn't help at that time. She might be able to contribute a little, like $200, if she gets a Christmas bonus.

7. Every Tuesday and Thursday I asked when my arraignment was. On December 5, I finally had my arraignment.

8. I was brought to the old visitation room. There was a female guard in the room with me. She told me to sit down and pick up the phone on the video box. The guard was on the other phone. The picture was black for a while and then a judge appeared in an office setting. The door to the old visitation room was open and there was a lot of background noise (people talking, TV, cell doors, the radio). The audio was terrible, it sounded like a tin can. There was no volume control.

9. The judge asked if the information on my papers – name, address, etc. – was correct. I said yes. She said my charges were arson 1st degree, burglary 2nd degree, and public intoxication from August 2019.

10. The judge asked if I understood the charges. I said, "yes and no." The judge answered, "you need to stay on track." The guard said I could ask at my next court hearing. I asked what my bond was. The judge said the arson was $25,000, the burglary was $5,000, and the public intoxication was $1,000. I asked her if I could be OR'd and she told me to take it up with the preliminary conference judge. I asked the guard if I could write it all down on my papers and she said that I could deal with it later. The judge hung up.

11. The whole time with the judge took about two minutes, maybe three. She did not ask me if I could afford the bond or if I had a job. She did not ask me if I had the money. She did not tell me why the bond was that amount.

12. About an hour later, I tried to get one of the guards to tell me my bond – any of them can look it up. About five minutes later, a guard said my name on the loudspeaker and started saying my charges and bond amounts. Everyone could hear it.

13. I don't have any money. My last regular job was June 2018. My wife pays for the household. She has three children with shared custody. She makes $12 or $13 an hour. I cannot pay the bond. My family cannot afford the bail bond.

14. I'm anxious being in here because I have an enlarged spleen and if there is any trauma to it it could rupture and I could bleed to death. Just today there was a beating going down, three on one. There are at least three fights a week.

15. I'm in a pod that's for 40 or 45 guys that there are roughly around 70. There are people sleeping on the floor.

16. When I got my papers with my charges and had my arraignment, the guard gave me paperwork for a public defender. It says if you bond out, it is presumed you can afford a lawyer. It makes you feel like you should stay in jail to get a lawyer. I couldn't fill out the page about asking three lawyers because I couldn't use the phone; my inmate ID number wasn't working. I filled it out anyway and wrote "n/a" on that section. I can't afford to hire a lawyer.

17. Since my arrest, I have not spoken to any lawyer for my criminal charges.

18. I have been in jail 24 days. I missed Thanksgiving with my family, I missed spending time with my daughter. I try not to think about it because it makes me cry. I can't help my parents or my brother. My father is disabled; he has one leg. My brother is

disabled – he has CP and uses a wheelchair. He needs help with dressing, bathing, eating, everything.

I gave Claudia Center permission to handwrite this statement. I reviewed this statement with Michael Redman, Jazzirelle Hill, and Claudia Center and it is true and correct.

Date:  <u>12/8/19</u>              <u>/s/Landon Proudfit</u>
                                              Signature