# Exhibit 12

I, Bradley Barber, Jr, swear and affirm under penalty of perjury that the following information is true and correct.

1. I am a 26 year old white male.
2. I was arrested on November 19, 2019.
3. I went to City Jail at about 1pm.  I was there for about an hour and a half.  Then I was transported to Canadian County Jail.
4. The booking officer told me that I could not be released on OR because of my city hold.  My city hold was for failure to pay my $25 a month minimum fine.  The booking officer told me my bail was $2000.
5. I slept on the floor without a mat for the first four nights.
6. It took a whole week before I saw a judge for the first time.  Arraignments for people in jail are only on Tuesdays and Thursdays.
7. On November 26, 2019, they took me to my arraignment in the old visiting room in the old jail.
8. During my arraignment, there was a female officer sitting behind me in the room.
9. The judge was on video, and I could tell that she was in an office because she closed the door behind her.  I spoke to the judge through a phone.
10. The judge's microphone was staticky.
11. The judge asked me if I was Mr. Barber, and I said yes.  The judge asked if I could hear her, and the female officer said that it was staticky.  The judge fiddled with the mic, but it was still staticky.

12. The judge told me I was charged with motion to accelerate, which is a felony, and she raised my bond to $4000. The judge did not tell me how she decided to set bond at $4000 or if there were other options to get out.

13. Before I went into arraignment, a jail officer gave me the form to apply for a public defender. But they did not give me a pencil.

14. The application for a public defender asked me to contact 3 lawyers and have the application notarized. I could not do that in jail, so I left all of that blank. I gave the application to a jailer the next day.

15. The entire time I was with the judge was about one minute. When I was done, they took me back to the waiting area.

16. The judge did not ask me if I had a job. The judge did not ask me how long I had lived in the area. The judge did not ask me anything about what I could afford to pay.

17. Other than asking my name, and if I could hear her, the judge did not ask me any questions.

18. I did not have a lawyer during arraignment. I would have liked to have a lawyer during arraignment, to help me.

19. I wasn't sure if I was allowed to speak.

20. I cannot afford to hire a private lawyer.

21. I could not afford to pay my bond, because I had been laid off for 3 months. I did not get unemployment because I had not been working for a full year.

22. At the time of my arrest, I had been couch-surfing for 2 months.

23. At the time of my arrest, I was doing odd jobs for an uncle.

24. Even if I could have had somebody pay my bond, I know that if I bond out of jail, I will not get a public defender. I know it's stupid to represent myself.

25. Because I had already been in jail for a week at my arraignment, I did not want to lose a chance at having a public defender and credit for time served.

26. I got a piece of paper that said that my next court date is December 11, 2019.

27. As of today, I have been in jail for 20 days.

28. Since I have been in jail, I missed out on starting my job again. The lay-off ended one week after I was arrested. I missed out on spending time with my family. I missed out on paying all my fines, and I missed out on saving money to get back on track.

29. I participated with other people in the jail in a petition and a hunger strike to protest the small portions of food and bad living conditions. After a day and a half of hunger strike, the jail improved the portions of food.

I gave Zoe Brennan-Krohn permission to handwrite this statement. I reviewed this statement with Megan Lambert, Twyla Carter, Claudia Center, and Zoe Brennan-Krohn and it is true and correct.

I sign this statement under penalty of perjury.

Date: 12/5/19

Signed: /s/ Brad Barber