# Exhibit 14

I, Dakota Kappus, swear and affirm under penalty of perjury that the following information is true and correct:

1. I am a 23 year old white man.

2. I was arrested on November 7, 2019 for larceny of an automobile, distruction of property, and leaving the scene of an injury accident.

3. After they arrested me they took me to city jail and held me for 7 days. I was taken to the Canadian County Detention Center on November 14, 2019.

4. At the city jail they told me my bail was $1,100. They did not tell me why my bond was $1,100. When I got to Canadian County, I asked for my bond amount. The officer said he did not know my bond amount.

5. I waited 2 weeks to be arraigned.

6. When I was taken to the arraignment they gave me the application for a public defender. I saw that there was a $45 fee on the application. I cannot afford that.

7. I was arraigned by video. I spoke to a judge over the phone and I watched on a screen. A female gaurd sat behind me, listened to the arraignment and took notes.

8. I'm unsure what my bond is. I think it is $50,000. She gave me $10,000 per charge. It didn't matter what the charge was.

9. She didn't ask me if I can afford to pay my bond. The judge didn't ask me anything about my ties to the community.

10. The judge told me my next court date is December 25th.

11. I cannot afford to pay my bond because I am unemployed. I do not have family or friends who can afford to bail me out.

12. I did not have a lawyer to represent me at the proceeding. I cannot afford a private lawyer. I would have liked to have a lawyer at the proceeding to help me fight my case.

13. I filled out and submitted the application for a public defender.

14. The form asks for a notary. I did not know what a notary was. The form asks if I've spoken with 3 attorneys. I do not know 3 attorneys so I left it blank. I still don't know if I have a public defender.

15. I've been in jail for over a month.

16. My mom has cancer and because I've been in jail I haven't been able to spend time with her. Because I've been jail I haven't been able to get treatment for my type 2 diabetes.

17. Because I'm in jail, I'm wasting time.

I gave Kadeisha Weise permission to handwrite this statement. I reviewed this statement with Megan Lambert and Laura Beth Cohen and it is true and correct. I sign this statement under penalty of perjury.

Date: 12/8/2019

Signature: /s/ Dakota Kappus