# Exhibit 20

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| [1] MISTY WHITE,<br>[2] JERMAINE BRADFORD,<br>[3] JANARA MUSGRAVE,<br>[4] LANDON PROUDFIT,<br>[5] BRADLEY BARBER, JR., and<br>[6] DAKOTA KAPPUS,<br><br>On behalf of themselves and all others similarly situated, and<br><br>[7] OKLAHOMA STATE CONFERENCE, NAACP,<br><br>    Plaintiffs,<br><br>v.<br><br>[1] HON. PAUL HESSE, in his official capacity as presiding District Court Judge,<br>[2] HON. JACK MCCURDY, in his official capacity as District Court Judge,<br>[3] HON. BARBARA HATFIELD,<br>[4] HON. CHARLES GASS,<br>[5] HON. KHRISTAN STRUBHAR, in their official capacities as Special District Judges in the Canadian County District Court, and<br>[6] CANADIAN COUNTY DISTRICT COURT, 26TH JUDICIAL DISTRICT,<br><br>    Defendants. | Case No. _____<br>(Class Action)<br><br>Hon. _____ |

**DECLARATION OF BLAKE JOHNSON IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Blake Johnson, hereby declare under penalty of perjury:

1. I am an attorney at Overman Legal Group, PLLC ("Overman"), and have knowledge of the facts contained in this declaration. Overman is co-counsel for Plaintiffs in the above-captioned litigation, and I submit this declaration which details the qualifications of Overman attorneys in support of Plaintiffs' Motion for Class Certification.

2. Overman was founded in Oklahoma City in 2019, and provides civil-litigation, regulatory, corporate, and criminal-defense services to a wide variety of clients in Oklahoma and the surrounding area. Overman is a group of professionals with diverse legal backgrounds.

3. As a new firm, Overman is dedicated to public service and pro bono work. In appreciation of the tremendous challenges facing indigent criminal defendants in Oklahoma, Overman has devoted itself to fighting for the protection of the rights of the accused.

4. The Overman attorneys involved in representing Plaintiffs include Blake Johnson, Weston Watts, Justin Williams, Tyler Box, and Clay Curtis.

5. Weston Watts is a partner at Overman. He is admitted to practice in Oklahoma, as well as the U.S. District Court for the Western District of Oklahoma. Mr. Watts graduated from the University of Oklahoma College of Law in 2016 and his practice focuses primarily on civil litigation.

6. Justin Williams is a partner at Overman. He is admitted to practice in Oklahoma, as well as the U.S. District Court for the Western District of Oklahoma and the United States Court of Appeals for the Tenth Circuit. Mr. Williams graduated from the University of

Oklahoma College of Law in 2015 and his practice focuses primarily on litigation and regulatory compliance.

7. Tyler Box is a partner at Overman. He is admitted to practice in Oklahoma, as well as the U.S. District Court for the Western District of Oklahoma. Mr. Box graduated from Oklahoma City University School of Law in 2013 and his practice focuses primarily on criminal defense.

8. Clay Curtis is a partner at Overman. He is admitted to practice in Oklahoma, as well as the U.S. District Court for the Western District of Oklahoma. Mr. Curtis graduated from the University of Oklahoma College of Law in 2011 and his practice focuses primarily on criminal defense.

9. I am a partner at Overman. I am admitted to practice in Oklahoma, as well as the U.S. District Court for the Western District of Oklahoma. I graduated from the University of Oklahoma College of Law in 2015 and my practice focuses primarily on litigation and corporate law.

10. Weston Watts, Justin Williams, Tyler Box, and Clay Curtis and I have been involved in the investigation and preparation of this lawsuit, including developing factual and legal arguments and drafting pleadings. We are familiar with the pertinent issues and will zealously represent the plaintiffs and the class. None of us is receiving any reimbursement from the individual plaintiffs or class members in this case; nor is Overman.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of December, 2019.

_____
J. Blake Johnson, Esq.