# Exhibit 1

## **DECLARATION OF MR. FRANKIE LEE ADAIR**

I, Frankie Lee Adair, swear and affirm under penalty of perjury that the following information is true and correct:

1. I am a resident of Canadian County, Oklahoma. I have lived in El Reno in Canadian County since 1973.

2. I am a member of the NAACP of Oklahoma. My member number is 105096791-M.

3. On Monday, December 9, 2019, I went to the Canadian County Courthouse to watch arraignments for people in jail.

4. When I got to the Courthouse, I asked the Canadian County Court clerk the location of the courtroom for arraignments for people in jail.

5. The clerk told me that I could not watch arraignments for people in jail because they are held in the judge's chambers on video.

6. The clerk also told me that arraignments for people in jail are conducted each week on Tuesday and Thursday.

7. I wanted to attend an arraignment proceeding for people in jail because I am interested in the way the people are being treated in the criminal legal system in Canadian County.

I sign this statement under penalty of perjury.

Date: 12-9-2019          *Frankie L. Adair*
                          Signature