# Exhibit 2

# PLEASE TAKE NOTICE

The completion of this form **DOES NOT** automatically guarantee you a court-appointed attorney.

If you are out of jail, **IT IS PRESUMED YOU CAN HIRE YOUR OWN ATTORNEY** and one will **NOT** be appointed for you.

If you bond out of jail and still feel you qualify for a court-appointed attorney, you **MUST** fill out a new application, follow **ALL** of the directions in the application and present the completed application to the Judge at your first court hearing. A determination will be made at that time concerning your qualification for a court-appointed attorney.

If you are appointed an attorney while you are in jail and then post bond, these same rules requiring you to submit a new application will apply.

# PLEASE FOLLOW THESE INSTRUCTIONS



# IN THE DISTRICT COURT OF CANADIAN COUNTY
# STATE OF OKLAHOMA

_____
                    Plaintiff,

Vs.                                           CASE NO._____

_____
                    Defendant,

## APPLICATION AND ORDER FOR APPOINTED COUNSEL
## AND
## AFFIDAVIT OF FINANCIAL INABILITY TO EMPLOY COUNSEL

I swear and affirm that I am the party in the above entitled action. I want an attorney to represent me in this case. I am financially unable to obtain the services of an attorney without causing substantial hardship to myself or to my family. The following information is <u>true</u> and is given and intended to be relied upon by the court and other persons or agencies in determining my eligibility for legal services to be furnished to me at public expense.

PLEASE FILL IN ALL SPACES BELOW AND SIGN YOUR NAME UNDER OATH IN FRONT OF THE JUDGE, A NOTARY OR THE COURT CLERK. IF A QUESTION DOES NOT APPLY TO YOU, PLEASE WRITE IN THE BLANK "DOES NOT APPLY"

I. GENERAL INFORMATION                                             DATE:_____
NAME:_____
ADDRESS:_____
TELEPHONE:_____
MESSAGE NUMBER:_____
SOCIAL SECURITY NUMBER:_____AGE:_____DATE OF BIRTH_____
MARITAL STATUS:  SINGLE [ ]         MARRIED [ ]         SEPARATED [ ]
SPOUSE'S NAME:_____
ADDRESS:_____
TELEPHONE:_____
NUMBER OF PEOPLE IN YOUR HOUSEHOLD_____
NAMES AND AGES:_____

ARE YOU CLAIMED AS A DEPENDANT BY A PARENT OR GUARDIAN?    YES [ ]         NO [ ]

II. FAMILY INCOME
YOUR MONTHLY TAKE HOME PAY:_____WEEKLY TAKE HOME PAY:_____
YOUR EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY):_____
_____

YOUR EMPLOYERS PHONE NUMBER:_____
SPOUSE'S SALARY:_____
SPOUSE'S EMPLOYER OR OTHER SOURCE OF INCOME (INCLUDING GOVERNMENT AGENCY):_____
_____

SPOUSE'S EMPLOYER'S PHONE NUMBER:_____
IS ANY OTHER MEMBER OF YOUR HOUSEHOLD EMPLOYED:    YES [ ]       NO [ ]
WHO?_____
WHERE?_____
SALARY?_____
DEFENDANT'S EMPLOYER:_____
OTHER SOURCE OF INCOME OR BENEFITS (INCLUDE INTEREST, DIVIDENDS, ROYALTIES, ETC.)_____
_____
_____

TOTAL FAMILY INCOME FOR PRECEDING MONTH WAS:_____

III. FAMILY ASSETS: (what you own less what you owe on it).

MONEY: ___
IN JAIL: ___, AT HOME: ___, IN CHECKING: ___
SAVINGS: ___, SAFE DEPOSIT BOX: ___, OTHER: ___
HOME OR OTHER REAL ESTATE VALUE: ___ JEWELRY VALUE: ___
AUTOMOBILE(S) MAKE AND VALUE: ___
FURNITURE VALUE: ___
MOTORCYCLE(S) MAKE AND VALUE: ___
TOOLS/EQUIPMENT; VALUE ___
NOTES, MORTGAGES AND TRUST DEEDS: ___
ANY DEBTS OWED TO DEFENDANT: ___
OTHER ASSESSTS AND PROPERTY: VALUE ___
ARE YOU PARTY TO A SUIT (PROBATE, WORKER'S COMPENSATION, PERSONAL INJURY) WHERE JUDGMENT MAY BE EXPECTED?   YES [ ]   NO [ ]   NAME OF ATTORNEY ___

IV. EXPENSES AND DEBT:
RENT OR HOUSE PAYMENT: ___ CLOTHING: ___ FOOD: ___
MEDICAL: ___ UTILITIES: ___ CAR PAYMENT: ___
INSURANCE: ___, OTHER: ___ TOTAL MONTHLY EXPENSES: ___
MORTGAGE/LANDLORD'S NAME: ___
MAJOR DEBTS: (list to whom and amount owed) ___

LIST THE PERSONS WHO ARE DEPENDENT ON YOU FOR SUPPORT: STATE YOUR RELATIONSHIP TO EACH PERSON AND HOW MUCH YOU CONTRIBUTE MONTHLY TO THEIR SUPPORT: ___

V. MOST RECENT EMPLOYMENT:
WHEN DID YOU LAST WORK? ___, WHO WAS YOUR EMPLOYER? ___
SALARY: ___ HOW LONG DID YOU WORK THERE? ___
WHY DID YOU QUIT? ___

VI. THE FOLLOWING PEOPLE CAN VERIFY TO A LARGE EXTENT MY ABOVE MENTIONED FINANCIAL SITUATION, (GIVE NAME, ADDRESS AND PHONE NUMBER)
1. ___
2. ___
3. ___

VII. CHARGE AND BOND:
CHARGE(S); FELONY: ___ MISDEMEANOR ___ JUVENILE ___
ARRESTING AGENCY: ___
CITY: ___ COUNTY: ___ STATE: ___
HAS BOND BEEN POSTED?   YES [ ]   NO [ ]   DID YOU USE A BONDSMAN?   YES [ ]   NO [ ]
WHO PAID THE BONDSMAN? ___
AMOUNT OF BOND: ___ PREMIUM PAID TO BONDING COMPANY: ___
IF YOU DID NOT USE A BONDSMAN, DID YOU POST A CASH BOND?   YES [ ]   NO [ ]
PERSONAL RECOGNIZANCE BOND:   YES [ ]   NO [ ]
LIST ANY DEFENDANTS CHARGED WITH YOU ___

VIII. HAVE YOU SOLD ANY ASSETS SINCE CHARGES WERE FILED IN THIS CASE?   YES [ ]   NO [ ]
If so, describe the buyer and the amount received: ___

HAVE YOU RETAINED COUNSEL IN THIS CASE OR IN ANY OTHER PENDING CRIMINAL CASE? YES [ ] NO [ ]
If so, state the case number, court, attorney and amount paid in attorney fee services. ___

DO YOU HAVE ANY FRIENDS OR RELATIVES WHO ARE ABLE AND WILLING TO ASSIST YOU IN HIRING AND PAYING FOR TRANSCRIPTS?   YES [ ]   NO [ ]   If so, have those persons been asked to help?   YES [ ]   NO [ ]

IF A FRIEND OR RELATIVE HAS GIVEN PREVIOUS FINANCIAL ASSISTANCE IN THIS CASE, BUT IS NO LONGER ABLE OR WILLING TO DO SO, AN AFFIDAVIT TO THAT EFFECT FROM THAT PERSON SHOULD BE ATTACHED. IS THAT AFFIDAVIT ATTACHED?   YES [ ]   NO [ ]

IX. NAMES OF THREE ATTORNEYS YOU HAVE CONTACTED:

1. _____
   DATE CONTACTED_____ HOW DID YOU CONTACT ATTORNEY?_____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY?   YES [ ]   NO [ ]

2. _____
   DATE CONTACTED_____ HOW DID YOU CONTACT ATTORNEY?_____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY?   YES [ ]   NO [ ]

3. _____
   DATE CONTACTED_____ HOW DID YOU CONTACT ATTORNEY?_____
   CAN YOU AFFORD TO HIRE THIS ATTORNEY?   YES [ ]   NO [ ]

X.   I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IS TRUE AND CORRECT. I UNDERSTAND THAT I MAY BE PROSECUTED FOR PROVIDING FALSE INFORMATION IN THIS APPLICATION AND AFFIDAVIT. I UNDERSTAND THAT I MUST INFORM THE OKLAHOMA INDIGENT DEFENSE SYSTEM OF ANY CHANGES IN MY FINANCIAL SITUATION THAT MAY CHANGE THE INFORMATION I HAVE PROVIDED. I FURTHER DECLARE THAT I HAVE CONTACTED THREE ATTORNEYS, LICENSED TO PRACTICE LAW IN THIS STATE, AND I AM WITHOUT FUNDS TO PAY AN ATTORNEY TO REPRESENT ME OR TO PAY FOR TRANSCRIPTS AND COSTS ASSOCIATED WITH THIS CASE.

DATED AND SIGNED THIS _____ DAY OF _____, 20_____.

                              DEFENDANT:_____

                              LEGAL GUARDIAN:_____

SUBSCRIBED AND SWORN BY ME ON THE _____ DAY OF _____, 20_____

                              MY COMMISSION EXPIRES: _____

                                             _____
                                             NOTARY ( or Clerk or Judge )

**ORDER APPOINTING COUNSEL**

The Court hereby appoints _____ to represent the within named applicant(s).

                                             _____
                                             JUDGE OF THE DISTRICT COURT

(3)



## IN THE DISTRICT COURT OF CANADIAN COUNTY
## STATE OF OKLAHOMA

## APPLICATION FEE DEFERRED

I FIND THAT THE DEFENDANT DOES NOT HAVE THE FINANCIAL RESOURCES TO PAY THE FEE AT THE TIME OF MAKING THIS APPLICATION AND I HEREBY DEFER $_____ OF THE $40.00 APPLICATION FEE, TO ATTACH AS A COURT FEE UPON CONVICTION.

_____
JUDGE OF THE DISTRICT COURT

## NOTICE

A copy of this APPLICATION AND AFFIDAVIT shall be sent to the prosecuting attorney or office of attorney general, whichever is applicable, for review, and upon request, the court shall hold a hearing to determine your eligibility for legal services to be furnished to you at public expense.

## IMPORTANT NOTICE

The Court shall order you to pay the costs of your legal representation in total, or by installments. The Court shall set the amount and due date of each installment payment. The costs shall be paid to the court clerk in your county. The costs shall be a debt against you until paid and shall subject you to debt collection procedures as provided by law. The costs shall be deducted from any state income tax refund due you until the total costs are paid.

| | | |
|---|---|---|
| Perry Hudson | Craig Corgan | Jason Spanich |
| 1315 N. Shartel 73103 | 1315 N. Shartel 73103 | PO Box 3255, 73101 |
| 405-208-4595 | 405-208-4595 | 405-236-0115 |

Dear Client;

**If you are receiving this letter then you have applied for and received court appointed counsel. Barring an exceptional circumstance your new attorney is either Jason Spanich, Craig Corgan or Perry Hudson. Your appointed counsel is determined by a predetermined selection process and is not subject to change.    NONE of the Canadian County court appointed counsel are "public defenders". Rather, each is a <u>private attorney</u> who has contracted with the Oklahoma Indigent Defense System to represent indigent clients in Canadian County. Contrary to many preconceived notions, your case will not be handled any differently because your counsel is court appointed. However, you should be aware that there are more than one thousand (1,000) court appointed cases in Canadian County each year.   This creates a tremendous work load for court appointed counsel and demands a level of efficiency in handling cases. In an effort to enhance that efficiency, some of the most common concerns for a criminal defendant are addressed below:**

(1.) You have three (3) options for legal counsel: a.) hire a lawyer; b.) work with your assigned counsel;  c.) represent yourself. **THERE IS NO FOURTH OPTION.**

(2.) Representation ends 10 days after sentencing. If you have questions after 10 days, we may not be able to help you.

(3.) Discovery is controlled by statute. As a general rule, counsel is entitled to police reports five (5) days prior to preliminary hearing and all   other discovery ten (10) days prior to trial. It serves no purpose to file a discovery motion unless and until your case proceeds beyond the preliminary hearing stage. When discovery is received, your attorney will be available to review it with you, but copies of discovery will not be provided to you. Please utilize the Oklahoma Freedom of Information Act for any additional needs.

(4.) If you have questions about your case, please call. Do not have a family member call on your behalf. This is YOUR case, not theirs.

(5.) You must make sure that your counsel always has current contact information for you. Your counsel cannot effectively represent you if he cannot contact you. Additionally, please remember that if you are out of custody it is your responsibility to know when you are due in court. If you are unsure of a scheduled court appearance then you should contact the Court Clerk's office. (405) 262-1070

(6.) Bond is set by the Court at your arraignment. Your bond will not change unless your circumstances have changed.

(7.) The state makes the plea offers. You are not required to accept any offer. A component of our job is to relay that offer to you, regardless of how you feel about it. It will be your decision as to how you would like to proceed. Please understand that the District Attorney is not required to make a plea offer in your case. Generally speaking they will. As soon as an offer is made, it will be relayed to you.

(8.) You have the absolute right to testify or not testify and to enter a plea of guilty or not guilty. All other trial choices are made by counsel. If this is unacceptable, please refer to item #1

(9.) Your counsel will move your case forward as quickly as is reasonably possible, but that does not assure that your case will move forward as quickly as you would like. Please remember that the Court's dockets are already set and not automatically subject to change at the request of counsel.

We look forward to representing you and serving your interests to the best of our ability.