FILED
MARIE HIRST COURT CLERK
CANADIAN COUNTY, OKLAHOMA

JAN 24 2019

BY _____ x.
DEPUTY

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN 24 2019

RICK WARREN
COURT CLERK
51 _____

# IN THE DISTRICT COURTS OF OKLAHOMA AND CANADIAN COUNTIES
## STATE OF OKLAHOMA

IN RE:  CANADIAN COUNTY  )
        CHIEF JUDGE 2019  )   AO7-2019-04

AO-2019-1

## ADMINISTRATIVE ORDER

District Judge Paul Hesse will serve as the Chief Judge for Canadian County in 2019.

Dated this ___23rd___ day of January, 2019.

_____
THOMAS E. PRINCE
ADMINISTRATIVE PRESIDING JUDGE
SEVENTH JUDICIAL DISTRICT

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT

JAN 24 2019

RICK WARREN COURT CLERK
Oklahoma County

EXHIBIT 1