**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Aaron M. Lewis

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4754
alewis@cov.com

October 19, 2020

The Honorable Jodi W. Dishman
United States District Court
William J. Holloway, Jr. United States Courthouse
200 N.W. 4th Street, Rm 5011
Oklahoma City, OK 73102

Re: *White et al v. Hesse et al*, 5:19-cv-01145-JD Notice of Supplemental Authority re: LCvR7.1(m) Notice of Supplemental Authority re: *Jones v. Governor of Florida*, No. 19-14551, 2020 WL 829347 (11th Cir. Feb. 19, 2020)

Dear Judge Dishman:

Plaintiffs wish to alert the Court that the Eleventh Circuit's decision in *Jones v. Governor of Florida*, No. 19-14551, 2020 WL 829347 (11th Cir. Feb. 19, 2020) was recently vacated in *Jones v. Governor of Florida*, No. 20-12003, 2020 WL 5493770 (11th Cir. Sept. 11, 2020) (en banc). Although this is a non-precedential case, we believe it is appropriate to advise the Court of this *en banc* ruling because we filed a Notice of Supplemental Authority concerning the three-judge panel's decision on March 4, 2020.

Respectfully submitted,

*/s/ Aaron Lewis*

Aaron Lewis