IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MISTY WHITE,<br>(2) JERMAINE BRADFORD,<br>(3) JANARA MUSGRAVE,<br>(4) LANDON PROUDFIT,<br>(5) BRADLEY BARBER, JR., and<br>(6) DAKOTA KAPPUS,<br><br>On behalf of themselves and all others similarly situated, and<br><br>(7) OKLAHOMA STATE CONFERENCE, NAACP,<br><br>                 Plaintiffs,<br>v.<br><br>(1) HON. PAUL HESSE, in his official capacity as presiding District Court Judge,<br>(2) HON. JACK MCCURDY, in his official capacity as District Court Judge,<br>(3) HON. BARBARA HATFIELD,<br>(4) HON. CHARLES GASS,<br>(5) HON. KHRISTAN STRUBHAR, in their official capacities as Special District Judges in the Canadian County District Court, and<br>(6) CANADIAN COUNTY DISTRICT COURT, 26TH JUDICIAL DISTRICT,<br><br>                 Defendants. | **Case No: CIV-19-1145-JD** |

## DEFENDANT STATE JUDGES' NOTICE OF <u>SUPPLEMENTAL OF AUTHORITY</u>

Defendants Canadian County District Judges Paul Hesse and Jack McCurdy and Canadian County Special Judges Barbara Hatfield, Charles Gass and Khristan Strubhar (collectively "Defendant State Judges"), by and through Assistant Attorneys General Stefanie Lawson, Erin Moore and Devan Pederson, respectfully provide notice to the Court of

supplemental authority. On December 28, 2020, the Fifth Circuit Court of Appeals issued an opinion in *Shannon Daves, et al. v. Dallas County, Texas, et al.*, Case No. 18-11368 which is attached as Exhibit 1 to this Notice. This opinion involves similar claims and issues as those raised by Plaintiffs and Defendant State Judges in this case such that the opinion while not binding precedent may be informative for the Court.

                Respectfully submitted,

                s/ Stefanie E. Lawson
                **STEFANIE E. LAWSON, OBA #22422**
                **ERIN M. MOORE, OBA #20787**
                **DEVAN A. PEDERSON, OBA # 16576**
                Assistant Attorneys General
                Oklahoma Attorney General's Office
                Litigation Division
                313 NE 21st Street
                Oklahoma City, OK 73105
                Telephone:   (405) 521-3921
                Facsimile:    (405) 521-4518
                Email: stefanie.lawson@oag.ok.gov
                          erin.moore@oag.ok.gov
                          devan.pederson@oag.ok.gov
                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 15th day of January, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

J. Blake Johnson
Tyler C. Box
Clayburn T. Curtis
Weston O. Watts
Justin R. Williams
Overman Legal Group
809 NW 36th Street
Oklahoma City, OK 73118
(405) 365-4511
blakejohnson@overmanlegal.com
tylerbox@overmanlegal.com
claycurtis@overmanlegal.com
westonwatts@overmanlegal.com
justinwilliams@overmanlegal.com
*Attorney for Plaintiffs*

Claudia Center
Zoe Brennan-Krohn
ACLU – Disability Rights Program
39 Drumm Street
San Francisco, CA 94111
(415) 343-0762
ccenter@aclu.org
zbrennan-krohn@aclu.org
*Attorneys for Plaintiffs*

Brandon Jerel Buskey
Twyla Jeanette Carter
American Civil Liberties Union – NY
125 Broad Street, 18th Flr
New York, NY 10004
(212) 284-7364
bbuskey@aclu.org
tcarter@aclu.org
*Attorneys for Plaintiffs*

Megan E. Lambert
Ryan D. Kiesel
Michael C. Redman
ACLU of Oklahoma Foundation
PO Box 13327
Oklahoma City, OK 73113
(405) 524-8511
mlambert@acluok.org
rkiesel@acluok.org
mredman@acluok.org
*Attorneys for Plaintiffs*

Aaron Lewis
Amia Trigg
Marta Cook
Laura Beth Cohen
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
atrigg@cov.com
mcook@cov.com
lcohen@cov.com
*Attorneys for Plaintiffs*

      /s/Stefanie E. Lawson
      **Stefanie E. Lawson**