## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, JERMAINE BRADFORD, JANARA MUSGRAVE, LANDON PROUDFIT, BRADLEY BARBER, JR., and DAKOTA KAPPUS, on behalf of themselves and all others similarly situated, and OKLAHOMA STATE CONFERENCE NAACP, <br><br> Plaintiffs, <br><br> v. <br><br> HON. PAUL HESSE, in his official capacity as presiding District Court Judge, HON. JACK McCURDY, in his official capacity as District Court Judge, HON. BARBARA HATFIELD, in her official capacity as Special District Judge in the Canadian County District Court, HON. CHARLES GASS, in his official capacity as Special District Judge in the Canadian County District Court, HON. KHRISTAN STRUBHAR, in her official capacity as Special District Judge in the Canadian County District Court, and CANADIAN COUNTY DISTRICT COURT 26TH JUDICIAL DISTRICT, <br><br> Defendants. | Case No. CIV-19-01145-JD |

## ORDER SETTING HEARING

Before the Court is Defendant Canadian County District Court, 26th Judicial District's Motion to Dismiss [Doc. No. 35] and Defendant State Judges' Motion to Dismiss [Doc. No. 36], (collectively the "Motions"). The Motions are set for a telephonic hearing on **September 24, 2021, at 1:00 p.m**. So that the parties can adequately prepare

for the hearing, the primary discussion at the hearing will be possible amendments to the complaint that the Court sees that might eliminate all or most of the issues described in the motions to dismiss. Counsel for the parties must confer on this issue at least twenty-one (21) days before the hearing in an attempt to streamline the hearing. Counsel for the parties must file a joint status report at least seven (7) days before the hearing that updates the Court on: the date and length of the conference(s); the attorneys participating in the conference(s); the outcome of the conference(s); and the impact of the conference(s) on the Motions, including any agreements reached. These deadlines do not prevent the parties from acting sooner to advance this case.

The Court's deputy will contact the parties with further instructions closer to the hearing. All parties are directed to comply with the *Telephonic Appearance Procedures for Judge Jodi W. Dishman*, which are available on the website for the United States District Court for the Western District of Oklahoma, under "Rules & Procedures, Chambers Rules."

If the issues described above are resolved by agreement at any time, counsel shall immediately notify the Court.

IT IS SO ORDERED this 4th day of August 2021.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE