# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, JERMAINE BRADFORD, JANARA MUSGRAVE, LANDON PROUDFIT, BRADLEY BARBER, JR., and DAKOTA KAPPUS, on behalf of themselves and all others similarly situated, and OKLAHOMA STATE CONFERENCE NAACP,<br><br>*Plaintiffs,*<br><br>v.<br><br>HON. PAUL HESSE, in his official capacity as presiding District Court Judge, HON. JACK McCURDY, in his official capacity as District Court Judge, HON. BARBARA HATFIELD, in her official capacity as Special District Judge in the Canadian County District Court, HON. CHARLES GASS, in his official capacity as Special District Judge in the Canadian County District Court, HON. KHRISTAN STRUBHAR, in her official capacity as Special District Judge in the Canadian County District Court, and CANADIAN COUNTY DISTRICT COURT 26TH JUDICIAL DISTRICT,<br><br>*Defendants.* | Case No. CIV-19-01145-JD |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

1

Pursuant to Local Rule 83.5, Twyla Carter gives notice of her withdrawal as counsel of record for Plaintiffs Misty White, Jermaine Bradford, Janara Musgrave, Landon Proudfit, Bradley Barber, Jr., Dakota Kappus and the Oklahoma State Conference NAACP.  Notice of her withdrawal has been provided to the clients and all parties who have appeared in the case.  Parties should serve all future correspondence and pleadings on the remaining counsel of record.

Date: August 12, 2021

    /s/ Twyla Carter
Twyla Carter*
(WA State Bar No. 39405)
The Bail Project
P.O. Box 750
Venice, CA 90294
Tel: (323) 366-0799
Fax: (323) 366-0799
twylac@bailproject.org

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

        /s/ Twyla Carter
Twyla Carter*
(WA State Bar No. 39405)
The Bail Project
P.O. Box 750
Venice, CA 90294
Tel: (323) 366-0799
Fax: (323) 366-0799
twylac@bailproject.org

*Admitted Pro Hac Vice