# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| [1] MISTY WHITE, | ) | |
| [2] JERMAINE BRADFORD, | ) | |
| [3] JANARA MUSGRAVE, | ) | |
| [4] LANDON PROUDFIT, | ) | |
| [5] BRADLEY BARBER, JR., and | ) | |
| [6] DAKOTA KAPPUS, | ) | |
| | ) | |
| On behalf of themselves and all others similarly situated, and | ) | |
| | ) | |
| [7] OKLAHOMA STATE CONFERENCE, NAACP, | ) | Case No. CIV-19-1145-JD |
| | ) | (Class Action) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| [1] HON. PAUL HESSE, in his official capacity as presiding District Court Judge, | ) | |
| [2] HON. JACK MCCURDY, in his official capacity as District Court Judge, | ) | |
| [3] HON. BARBARA HATFIELD, | ) | |
| [4] HON. CHARLES GASS, | ) | |
| [5] HON. KHRISTAN STRUBHAR, in their official capacities as Special District Judges in the Canadian County District Court, and | ) | |
| [6] CANADIAN COUNTY DISTRICT COURT, 26TH JUDICIAL DISTRICT, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF MICHAEL C. REDMAN
## TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.5, Michael C. Redman moves this Court for an Order granting him leave to withdraw as counsel of record on behalf of all of the Plaintiffs Misty White, Jermaine Bradford, Janara Musgrave, Landon Proudfit, Bradley Barber, Jr., Dakota Kappus, and Oklahoma State Conference, NAACP. In support of this Motion, Counsel states as follows:

1. Counsel is no longer associated with the American Civil Liberties Union of Oklahoma, Inc. or the American Civil Liberties Union of Oklahoma Foundation, Inc..

2. Plaintiffs will continue to be represented by attorneys with the ACLU of Oklahoma Foundation, Inc., the American Civil Liberties Union Foundation, Inc., and Covington & Burling. Withdrawing as counsel will not affect any Court Schedules or deadlines.

3. Attorney Redman will no longer be representing any of the plaintiffs in this action and, therefore, does not need notice of any matters filed in this action and requests to be removed from all service lists including CM/ECF system notices for this action.

4. Concurrently with the filing of this Motion, counsel for the ACLU of Oklahoma Foundation, Inc. is providing notice of this Motion to the individual Plaintiffs and all parties of record.

WHEREFORE, Michael C. Redman asks that this Court grant him leave to withdraw as counsel on behalf of all of the plaintiffs in this matter.

*s/ Michael C. Redman*
Michael C. Redman
OBA # 13340
ACLU of Oklahoma Foundation, Inc.
P.O. Box 13327
Oklahoma City, OK 73113
(405) 525-3831
mredman@acluok.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August 2021, I electronically transmitted the attached document to the Clerk of the Court using the Electronic Case Filing System for filing. Based upon the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF system.

*s/ Michael C. Redman*
Michael C. Redman