**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

(1) MISTY WHITE,
(2) JERMAINE BRADFORD,
(3) JANARA MUSGRAVE,
(4) LANDON PROUDFIT,
(5) BRADLEY BARBER, JR., and
(6) DAKOTA KAPPUS,

On behalf of themselves and all others similarly situated, and

(7) OKLAHOMA STATE CONFERENCE, NAACP,

Plaintiffs,

v.

(1) HON. PAUL HESSE, in his official capacity as presiding District Court Judge,
(2) HON. JACK MCCURDY, in his official capacity as District Court Judge,
(3) HON. BARBARA HATFIELD,
(4) HON. CHARLES GASS,
(5) HON. KHRISTAN STRUBHAR, in their official capacities as Special District Judges in the Canadian County District Court, and
(6) CANADIAN COUNTY DISTRICT COURT, 26TH JUDICIAL DISTRICT,

Defendants.

**Case No: CIV-19-1145-JD**

**JOINT STATUS REPORT**

Pursuant to the Court's Order of August 4, 2021 [Doc. 52], the parties hereby submit their joint status report.

On August 23, 2021, the parties conducted a telephone conference to discuss this Court's Order and the case for approximately fifty (50) minutes. At the end of the

conference, the parties agreed to exchange certain documents and email communications and tentatively agreed to another conference call. Defendants' counsel produced documents regarding practices by the judges and Plaintiffs' counsel emailed an outline of proposed issues to discuss in the next telephone conference.

On September 1, 2021, the parties conducted a second telephone conference and discussed proper parties and procedural issues that might be cured through amendment. This conference lasted approximately an hour and ten minutes. Participating counsel in each of the conferences for Plaintiffs were: Marta Cook, Megan Lambert, and Trisha Trigilio. Participating counsel for Defendants were: Erin Moore, Devan Pederson and Stefanie Lawson. In addition, Laura Beth Cohen and Aaron Lewis appeared for Plaintiffs on August 23rd, and Blake Johnson appeared for Plaintiffs on September 1st.

Based on discussions held during the conferences, the parties stipulate that Judge Hesse is the Chief Judge of the 26th Judicial District, and that he issued administrative orders containing local criminal court rules governing initial appearances, initial arraignments, setting of bail, release of pretrial detainees, and appointment of counsel in his capacity as Chief Judge. The parties further stipulate that these administrative orders were an exercise of statutory authority granted by Rule 8 of the Rules on Administration of Courts, codified at 20 O.S. Ch. 1 App'x 2, which grants the Chief Judge "the power to adopt rules for the administration of the district courts of which he or she is in charge." The parties further stipulate that 22 O.S. § 1105.2 grants the Chief Judge, as the "presiding judge for the district," authority to "establish a pretrial bail schedule." Based on these stipulations, Plaintiffs agree to amend the complaint following a ruling on the motions to

dismiss to change the party name of Judge Hesse from: "HON. PAUL HESSE, in his official capacity as presiding District Court Judge," to "HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District." The parties were unable to reach an accord on other amendments to the complaint.

Plaintiffs maintain that the 26th Judicial District is the proper defendant for their Rehabilitation Act and Americans with Disabilities Act claims. For purposes of streamlining the motions to dismiss, Plaintiffs would agree to have relief under the Americans with Disabilities Act and the Rehabilitation Act run against a different entity or individual official who Defendants agree has the power to grant full district-wide relief to Plaintiffs, so long as this agreement is strictly technical in nature and does not have any substantive effect on the scope of relief available.

Defendants report that they discussed this issue with Plaintiffs' counsel but Plaintiffs' counsel's proposal is not agreeable as it would require Defendants to agree to something that is not structurally possible. Plaintiffs' counsel were advised of Defendants' counsel's position on how to properly name and plead a cause of action under these acts; however, the proper pleading issue does give rise to scope of relief issues which is why the above cannot be agreed upon by Defendants' counsel.

Finally, if the Court still intends to hold a hearing on the motions to dismiss, Plaintiffs respectfully request guidance on the primary issues the Court intends to discuss.

Respectfully submitted,

/s/ Trisha Trigilio
Trisha Trigilio*
Texas State Bar Number: 24075179
Brandon J. Buskey*
Alabama Bar Number: ASB2753-A50B
American Civil Liberties Union Foundation, Criminal Law Reform Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
trishat@aclu.org
bbuskey@aclu.org

/s/ Megan Lambert
Megan Lambert
Oklahoma Bar Number: 33216
Ryan Kiesel
Oklahoma Bar Number: 21254
Michael Redman
Oklahoma Bar Number: 13340
American Civil Liberties Union of Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 525-3831
mlambert@acluok.org
rkiesel@acluok.org
mredman@acluok.org

/s/ Blake Johnson
Blake Johnson
Oklahoma Bar Number: 32433
Tyler Box
Oklahoma Bar Number: 31817
Weston Watts
Oklahoma Bar Number: 33299
Justin Williams
Oklahoma Bar Number: 32539
Clayburn Curtis
Oklahoma Bar Number: 30538
Overman Legal Group, PLLC
809 NW 36th St.

/s/ Aaron Lewis
Aaron Lewis*
California Bar Number: 284244
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800
alewis@cov.com

Marta Cook*
District of Columbia Bar Number: 1045613
Laura Beth Cohen*
Michigan Bar Number: P83111
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4656
(202) 662-6000
mcook@cov.com
lcohen@cov.com

/s/Zoe Brennan-Krohn*
Zoe Brennan-Krohn*
California Bar Number: 324912
American Civil Liberties Union Foundation, Disability Rights Program
39 Drumm Street
San Francisco, CA 94111
(415) 343-0762
zbrennan-krohn@aclu.org

Oklahoma City, OK 73118
(405) 605-6718
blakejohnson@overmanlegal.com
tylerbox@overmanlegal.com
westonwatts@overmanlegal.com
justinwilliams@overmanlegal.com
claycurtis@overmanlegal.com

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

/s/ Devan A. Pederson
**STEFANIE E. LAWSON, OBA #22422**
**ERIN M. MOORE, OBA #20787**
**DEVAN A. PEDERSON, OBA # 16576**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
erin.moore@oag.ok.gov
devan.pederson@oag.ok.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants registered to receive notices in this case.

/s/ Trisha Trigilio
**Trisha Trigilio**