**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

[1] MISTY WHITE,
[2] JERMAINE BRADFORD,
[3] JANARA MUSGRAVE,
[4] LANDON PROUDFIT,
[5] BRADLEY BARBER, JR., and
[6] DAKOTA KAPPUS,

On behalf of themselves and all others
similarly situated,

                            Plaintiffs,

v.

[1] HON. PAUL HESSE, in his official
capacity as Chief Judge of the 26th Judicial
District, and
[2] HON. KHRISTIAN STRUBHAR, in her
official capacity as Special Judge in the
Canadian County District Court,

                            Defendants.

Case No. 5:19-cv-1145-JD

## JOINT STATUS REPORT

The parties submit this joint status report in accordance with the Court's September 24, 2021 Order (ECF No. 60).

## I. Conference Logistics

On October 8, 2021, the parties conferred by phone for approximately one hour. At the end of the conference, the parties agreed to exchange legal citations, and Defendants agreed to provide Plaintiffs with more information about Canadian County proceedings where bail is set, including proper nomenclature for certain proceedings. Plaintiffs sent

Defendants information about possibilities for partial settlement, and the parties exchanged legal citations.

On October 24, 2021, Plaintiffs sent Defendants the working draft of the amended complaint, and reiterated their proposed possibilities for partial settlement. Plaintiffs expressed openness to resolving the First Amendment claim if Defendants provided public access to arraignments. Plaintiffs expressed openness to resolving the disability claims if Defendants would conduct arraignments in a quiet setting that would allow arrestees a meaningful opportunity to ask for accommodations.

On November 5, 2021, the parties conferred for approximately 90 minutes about the working draft of the amended complaint and Plaintiffs' proposals for partial settlement. The parties discussed narrowing the defendants against whom declaratory relief was sought, and Defendants represented that Judge Strubhar is the special judge assigned to handle initial appearances in Canadian County. Plaintiffs limit the number of defendants to only Judges Hesse and Strubhar because Defendants represented that they would not advise reassigning the special judge who conducts the proceedings at issue for the purpose of circumventing declaratory relief. The parties also exchanged email correspondence after the conference to clarify issues that remain outstanding.

Zoe Brennan-Krohn, Marta Cook, Aaron Lewis, and Trisha Trigilio participated for Plaintiffs in both conferences. In addition, Megan Lambert attended the first conference, and Brandon Buskey, Laura Beth Cohen, and Kadeisha Weise attended the second conference on behalf of Plaintiffs. Stefanie Lawson, Erin Moore, and Devan Pederson participated for Defendants in both conferences.

## II.     Outcome

Plaintiffs have removed claims for violation of the Americans with Disabilities Act, Rehabilitation Act, and First Amendment. Plaintiffs have also removed claims against all defendants except (1) claims for injunctive and declaratory relief against Chief Judge Hesse; and (2) claims for declaratory relief against Special Judge Strubhar.

Issues that remain are the following:

1.     Defendants object to the use of "arraignment" to describe the proceedings at issue. Plaintiffs have asked Defendants to share any nomenclature they are able to identify for the proceedings discussed in the complaint that Defendants would prefer Plaintiffs use in lieu of "arraignment." Rather than using an alternate term, Defendants suggested Plaintiffs specify the appearance date or plead facts showing the stage of the criminal process during which the appearances are occurring and/or what other matters are being addressed in the appearances. The amended complaint uses the term "first court appearance," because that is the term Chief Judge Hesse used in the administrative order governing these proceedings.

2.     Defendants have previewed their legal arguments regarding standing and the merits of the remaining constitutional claims. Plaintiffs disagree with those arguments based on applicable case law.

3.     Defendants have previewed their arguments that some of the allegations in the amended complaint fail to satisfy Rule 8 of the Federal Rules of Civil Procedure. Plaintiffs disagree with those arguments.

Respectfully Submitted,

/s/ Trisha Trigilio
Trisha Trigilio*
Texas State Bar Number: 24075179
Brandon J. Buskey*
Alabama Bar Number: ASB2753-A50B
American Civil Liberties Union
 Foundation, Criminal Law Reform
 Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
trishat@aclu.org
bbuskey@aclu.org

/s/ Megan Lambert
Megan Lambert
Oklahoma Bar Number: 33216
Ryan Kiesel
Oklahoma Bar Number: 21254
Michael Redman
Oklahoma Bar Number: 13340
American Civil Liberties Union of
 Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 525-3831
mlambert@acluok.org
rkiesel@acluok.org
mredman@acluok.org

/s/ Blake Johnson
Blake Johnson
Oklahoma Bar Number: 32433
Tyler Box
Oklahoma Bar Number: 31817
Weston Watts
Oklahoma Bar Number: 33299
Justin Williams
Oklahoma Bar Number: 32539
Clayburn Curtis
Oklahoma Bar Number: 30538

/s/ Aaron Lewis
Aaron Lewis*
California Bar Number: 284244
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800
alewis@cov.com

Marta Cook*
District of Columbia Bar Number:
1045613
Laura Beth Cohen*
Michigan Bar Number: P83111
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4656
(202) 662-6000
mcook@cov.com
lcohen@cov.com

/s/Zoe Brennan-Krohn*
Zoe Brennan-Krohn*
California Bar Number: 324912
American Civil Liberties Union
 Foundation, Disability Rights Program
39 Drumm Street
San Francisco, CA 94111
(415) 343-0762
zbrennan-krohn@aclu.org

Overman Legal Group, PLLC
809 NW 36th St.
Oklahoma City, OK 73118
(405) 605-6718
blakejohnson@overmanlegal.com
tylerbox@overmanlegal.com
westonwatts@overmanlegal.com
justinwilliams@overmanlegal.com
claycurtis@overmanlegal.com

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

   /s/ Devan A. Pederson
**STEFANIE E. LAWSON, OBA #22422**
**ERIN M. MOORE, OBA #20787**
**DEVAN A. PEDERSON, OBA # 16576**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:    (405) 521-3921
Facsimile:    (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
       erin.moore@oag.ok.gov
       devan.pederson@oag.ok.gov

*Attorneys for Defendants*