IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, *et al.*,<br>On behalf of themselves and all others similarly situated, and<br><br>Plaintiffs,<br><br>v.<br><br>(1) HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and<br>(2) HON. KHRISTAN STRUBHAR, in her official capacity as Special Judge in the Canadian County District Court,<br><br>Defendants. | **Case No: CIV-19-1145-JD** |

## DEFENDANT'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE REPLY BRIEF

Defendants, Paul Hesse and Khristan Strubhar, pursuant to LCvR7.1(h), respectfully request this Court extend their deadline to file their Reply to Plaintiffs' Response to Defendants' Motion to Dismiss [Doc. 68] from January 13, 2022, until January 20, 2022. In support of this motion, Defendants state:

1. Plaintiffs filed their Amended Complaint on November 29, 2021. [Doc. 64].

2. Defendants filed their Motion to Dismiss on December 7, 2021.  [Doc. 65].

3. Plaintiffs requested and received a nine-day extension to file their Response to Defendants' Motion to Dismiss [Docs. 66, 67]. Plaintiffs filed their response on January 6, 2022. [Doc. 68].

4. Defendants' current deadline to file their Reply is January 13, 2022.

5. Defendants request a seven-day extension to file their Reply to January 20, 2022 due to their attorneys' busy schedules the week of January 10, 2022, which include client meetings, meetings with opposing counsel (in other cases), and various hearings.

6. This is Defendants' first motion to extend this deadline.

7. Counsel for Defendants has conferred with Plaintiffs' counsel and the requested extension has been agreed to by the parties.

8. The requested extension will not affect any other deadlines.

WHEREFORE, for the above-stated reasons, Defendants respectfully request this Court extend their deadline to file their Reply to Plaintiffs' Response to Defendants' Motion to Dismiss to January 20, 2022.

Respectfully submitted,

s/ Devan A. Pederson
**STEFANIE E. LAWSON, OBA #22422**
**DEVAN A. PEDERSON, OBA #16576**
**ERIN M. MOORE, OBA #20787**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK   73105
Telephone:   (405) 521-3921
Facsimile:   (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
         devan.pederson@oag.ok.gov
         erin.moore@oag.ok.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

s/ Devan A. Pederson
**Devan A. Pederson**
