IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, JERMAINE BRADFORD, JANARA MUSGRAVE, LANDON PROUDFIT, BRADLEY BARBER, JR., and DAKOTA KAPPUS, on behalf of themselves and all others similarly situated, and<br><br>Plaintiffs,<br><br>v.<br><br>HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and HON. KHRISTAN STRUBHAR, in her official capacity as Special Judge in the Canadian County District Court,<br><br>Defendants. | Case No: CIV-19-1145-JD |

## DEFENDANT STATE JUDGES' UNOPPOSED SECOND MOTION FOR EXTENSION TO FILE REPLY BRIEF

Defendants, Paul Hesse and Khristan Strubhar, pursuant to LCvR 7.1, respectfully request this Court extend their deadline for filing a Reply to Plaintiffs' Response to Defendants' Motion to Dismiss [Doc. 68] from January 20, 2022, until January 27, 2022. In support of this motion, Defendants state:

1. Plaintiffs filed Amended Complaint on November 29, 2021. [Doc. 64].

2. Defendant Judges filed their Motion to Dismiss on December 7, 2021.   [Doc. 65].

3. Plaintiffs filed their Response to Defendants' Motion to Dismiss on January 6, 2022. [Doc. 68].

4. Defendant Judges' current deadline to file their Reply is January 20, 2022.

5. This is the Defendant State Judges' second motion to extend this deadline.

6. Defendant State Judges request a seven (7) day extension to file their Reply to January 27, 2022 as one of the counsel for Defendants became very ill the night of January 18, 2022. This particular counsel was taking lead on the Reply brief.

7. Counsel for Defendants has conferred with Plaintiffs' counsel and the requested extension has been agreed to by the parties.

8. The requested extension is not sought for the purpose of delay but requested due to unexpected illness. Further, there has been no scheduling order issued in this action and the extension will not affect any other deadlines.

WHEREFORE, for the above stated reasons, Defendant Judges respectfully request this Court extend their deadline by which to file their Reply to Plaintiffs' Response to Defendants' Motion to Dismiss to January 27, 2022.

Respectfully submitted,

/s/ Erin M. Moore
**STEFANIE E. LAWSON, OBA #22422**
**DEVAN A. PEDERSON, OBA #16576**
**ERIN M. MOORE, OBA #20787**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK   73105
Telephone:   (405) 521-3921
Facsimile:   (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
         devan.pederson@oag.ok.gov
         erin.moore@oag.ok.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of January, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

      /s/Erin M. Moore
      **Erin M. Moore**