IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, JERMAINE BRADFORD, JANARA MUSGRAVE, LANDON PROUDFIT, BRADLEY BARBER, JR., and DAKOTA KAPPUS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HON. PAUL HESSE, in his official capacity as presiding District Court Judge, HON. KHRISTAN STRUBHAR, in her official capacity as Special District Judge in the Canadian County District Court,<br><br>    Defendants. | Case No. CIV-19-01145-JD |

## ORDER

Before the Court is Defendants' Unopposed Second Motion for Extension of Time to File Reply Brief ("Motion"). [Doc. No. 71]. The Motion seeks to extend to January 27, 2022, the deadline for Defendants to file a reply to Plaintiffs' Response to the Motion to Dismiss [Doc. No. 68].

Local Civil Rule 7.1(i) provides that a reply to new matters raised in a response is due within 7 days after the date the response is filed. However, in its discretion, the Court "may shorten or lengthen the time in which to respond." LCvR7.1(g). Exercising the Court's discretion, the Court GRANTS the Motion.

Defendants' deadline to reply to Plaintiffs' Response to Defendants' Motion to Dismiss [Doc. No. 68] is EXTENDED to **January 27, 2022**. No further extensions should be anticipated.

IT IS SO ORDERED this 20th day of January 2022.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE