## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MISTY WHITE, *et al.*,

On behalf of themselves and all others similarly situated,

                                   Plaintiffs,

v.

[1] HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and

[2] HON. KHRISTIAN STRUBHAR, in her official capacity as Special Judge in the Canadian County District Court,

                                   Defendants.

Case No. 5:19-cv-1145-JD

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs submit notice of *Farella v. Anglin*, No. 5:22-cv-5121, 2023 WL 5005384 (W.D. Ark. Aug. 5, 2023) (Ex. 1), as supplemental authority directly relevant to issues raised in the pending motion to dismiss. LCvR7.1(m).

*Farella* concerns prospective claims against an Arkansas judge for failure to provide counsel at initial bail hearings. The ruling is relevant to three propositions in Plaintiffs' brief opposing the pending motion to dismiss (ECF No. 68):

**Sovereign Immunity Does Not Apply** (ECF No. 68 at 7–8). *Farella* holds that the right to counsel claim against the judge falls within the *Ex parte Young* exception to

sovereign immunity, because the judge has "'some connection' to the allegedly unconstitutional policy and practice." *Farella*, 2023 WL 5005384 at *9.

*Younger* **Abstention Does Not Apply** (ECF No. 68 at 8). *Farella* holds that *Younger* abstention does not apply because requiring the judge to provide counsel would not enjoin a state prosecution, nor would it require day-to-day monitoring of state courts. *Farella*, 2023 WL 5005384 at *13.

**Plaintiffs Have Alleged a Sixth Amendment Right to Counsel Violation** (ECF No. 68 at 18–23). *Farella* holds that the initial bail hearing is a critical stage of prosecution requiring counsel under the Sixth Amendment, because "[t]he initial bail determination risks substantial prejudice to the defendant" and "[t]he benefits of legal assistance are obvious." *Id.* at *14–17.

Respectfully Submitted,

/s/ Trisha Trigilio
Trisha Trigilio*
Texas State Bar Number: 24075179
Brandon J. Buskey*
Alabama Bar Number: ASB2753-A50B
American Civil Liberties Union
 Foundation, Criminal Law Reform
 Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
trishat@aclu.org
bbuskey@aclu.org

/s/ Aaron Lewis
Aaron Lewis*
California Bar Number: 284244
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800
alewis@cov.com

Laura Beth Cohen*
Michigan Bar Number: P83111
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4656
(202) 662-6000
lcohen@cov.com

/s/ Megan Lambert
Megan Lambert
Oklahoma Bar Number: 33216
Ryan Kiesel
Oklahoma Bar Number: 21254
Michael Redman
Oklahoma Bar Number: 13340
American Civil Liberties Union of
  Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 525-3831
mlambert@acluok.org
rkiesel@acluok.org
mredman@acluok.org

/s/ Blake Johnson
Blake Johnson
Oklahoma Bar Number: 32433
Tyler Box
Oklahoma Bar Number: 31817
Weston Watts
Oklahoma Bar Number: 33299
Justin Williams
Oklahoma Bar Number: 32539
Clayburn Curtis
Oklahoma Bar Number: 30538
Overman Legal Group, PLLC
809 NW 36th St.
Oklahoma City, OK 73118
(405) 605-6718
blakejohnson@overmanlegal.com
tylerbox@overmanlegal.com
westonwatts@overmanlegal.com
justinwilliams@overmanlegal.com
claycurtis@overmanlegal.com

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

/s/Zoe Brennan-Krohn*
Zoe Brennan-Krohn*
California Bar Number: 324912
American Civil Liberties Union
  Foundation, Disability Rights Program
39 Drumm Street
San Francisco, CA 94111
(415) 343-0762
zbrennan-krohn@aclu.org

**CERTIFICATE OF SERVICE**

I certify that I will file this document via ECF, which serves the document on all counsel of record.


/s/ Trisha Trigilio_____
Trisha Trigilio*
Texas State Bar Number: 24075179
American Civil Liberties Union
 Foundation, Criminal Law Reform
 Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
trishat@aclu.org

# Exhibit 1