IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, et al.<br>　　　　Plaintiffs,<br><br>v.<br><br>HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, et al.,<br>　　　　Defendants. | **Case No: CIV-19-1145-JD**<br>(Class Action) |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY TO MOTION TO DISMISS AND BRIEF IN SUPPORT

For their Notice of Supplemental Authority to Defendants' Motion to Dismiss [Doc. No. 68], Defendants Hesse and Strubhar state the following.

1. On March 31, 2023, the Fifth Circuit, *en banc*, issued an opinion in *Daves v. Dallas County, Texas*, 64 F.4th 616, wherein the Fifth Circuit overruled *ODonnell v. Harris Cnty.*, 892 F.3d 147, and remanded to the district court with instructions to dismiss based upon *Younger* abstention grounds.   *See Daves* Opinion, Exhibit 1.

2. On June 21, 2023, the Fifth Circuit issued an opinion in *Little v. Doguet*, 71 F.4th 340, wherein the Fifth Circuit vacated the judgment entered after a bench trial on the merits with instructions to dismiss the matter based upon *Younger* abstention grounds.   *See Little* Opinion, Exhibit 2.

3. On March 31, 2023, the United States District Court for Utah filed an opinion in *Medina v. Allen*, 4:21-cv-00102-DN-PK, 2023 WL 2743137, wherein the district court dismissed the amended petition that alleged causes of action similar to this

1

matter on the basis of failure to state a claim under the Fourteenth Amendment for procedural or substantive due process, and equal protection and under the Sixth Amendment. *See Medina* Opinion, Exhibit 3. This opinion is currently on appeal to the Tenth Circuit in case number 23-4057.

    Respectfully submitted,

    s/ Erin M. Moore
**STEFANIE E. LAWSON, OBA #22422**
**ERIN M. MOORE, OBA #20787**
**DEVAN A. PEDERSON, OBA # 16576**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK   73105
Telephone:   (405) 521-3921
Facsimile:   (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
    erin.moore@oag.ok.gov
    devan.pederson@oag.ok.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of August, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record, who are ECF registrants.

    /s/Erin M. Moore
    **Erin M. Moore**