## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>    Plaintiff(s),<br><br>v.<br><br>HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, et al.,<br><br>    Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  19-cv-1145-JD<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiffs ,  White, et al. .
(Plaintiff/Defendant)          (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/  Adam H. Hines                    12/06/2023
Signature                                           Date

Adam H. Hines
Print Name

American Civil Liberties Union of Oklahoma Foundation
Firm

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

PO Box 13327
Address

Oklahoma City          OK          73113
City                    State          Zip Code

(405) 286-1104
Telephone

ahines@acluok.org
Internet E-mail Address

*Certificate of Service*

☑ I hereby certify that on December 6, 2023     , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.

☐ I hereby certify that on                    , I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

ul Adam H. Hines

s/ Attorney Name