IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, et al., <br><br> On behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> [1] HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and <br><br> [2] HON. KHRISTIAN STRUBHAR, in her official capacity as Special Judge in the Canadian County District Court, <br><br> *Defendants*. | Case No. 5:19-cv-1145-JD |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to LCvR7.1(m), Plaintiffs respectfully submit notice of *Medina v. Allen*, No. 4:21-cv-00102-DN, 2024 WL 1006791 (10th Cir. Mar. 8, 2024), attached as Exhibit 1, as supplemental authority directly relevant to issues raised in Plaintiffs' Amended Complaint (ECF No. 64) and Defendants' Motion to Dismiss (ECF No 65). Defendants previously submitted the district court decision in *Medina* as supplemental authority supporting their Motion to Dismiss. ECF No. 83. The United States Court of Appeals for the Tenth Circuit has now vacated that district court decision. 2024 WL 1006791 at *3.

Respectfully Submitted,

/s/ *Adam H. Hines*
Adam H. Hines
Oklahoma Bar Association Number: 35640
Megan Lambert
Oklahoma Bar Association Number: 33216
American Civil Liberties Union of
  Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 525-3831
ahines@acluok.org
mlambert@acluok.org

Trisha Trigilio*
Texas State Bar Number: 24075179
Brandon J. Buskey*
Alabama Bar Number: ASB2753-A50B
American Civil Liberties Union
  Foundation, Criminal Law Reform
  Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
trishat@aclu.org
bbuskey@aclu.org

Blake Johnson
Oklahoma Bar Association Number: 32433
Tyler Box
Oklahoma Bar Association Number: 31817
Justin Williams
Oklahoma Bar Association Number: 32539
Clayburn Curtis
Oklahoma Bar Association Number: 30538
Overman Legal Group, PLLC
809 NW 36th St.
Oklahoma City, OK 73118
(405) 605-6718
blakejohnson@overmanlegal.com

Aaron Lewis*
California Bar Number: 284244
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800
alewis@cov.com

Zoe Brennan-Krohn*
California Bar Number: 324912
American Civil Liberties Union
  Foundation, Disability Rights Program
39 Drumm Street
San Francisco, CA 94111
(415) 343-0762
zbrennan-krohn@aclu.org

tylerbox@overmanlegal.com
justinwilliams@overmanlegal.com
claycurtis@overmanlegal.com

Weston Watts
Oklahoma Bar Association Number: 33299
Thomas A Ryan PLLC
6303 N Portland Ave, Suite 300
Oklahoma City, OK 73112
(405) 249-8377
Watts.weston@gmail.com

Ryan Kiesel
Ryan Kiesel, Attorney at Law, PLLC
3022 NW 39th St., No. 57532
Oklahoma City, OK 73157
(405) 303-1215
ryan@rkoklaw.com

*Attorneys for Plaintiffs*

\*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I certify that on March 20, 2024, I electronically filed the forgoing Notice of Supplemental Authority with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

Respectfully submitted,

*/s/ Adam H. Hines*
Adam H. Hines
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
ahines@acluok.org

*Counsel for Plaintiffs*