IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, *et al.*,<br>On behalf of themselves and all others similarly situated, and<br><br>                    Plaintiffs,<br>v.<br><br>(1) HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and<br><br>(2) HON. KHRISTAN STRUBHAR, in her official capacity as Special Judge in the Canadian County District Court,<br><br>                    Defendants. | Case No: CIV-19-1145-JD |

**JOINT MOTION FOR
EXTENSION TO FILE JOINT STATUS REPORT**

    The parties pursuant to LCvR 7.1, respectfully request this Court extend their deadline by which to file their Joint Status Report from January 13, 2025, until January 27, 2025. In support of this motion, the parties state:

1. The Court issued its Order granting in part and denying in part Defendants' Motion to Dismiss on December 23, 2024.   [Doc. 90].

2. Defendant Judges' current deadline to file their Answer is January 20, 2025. This date is based upon a request for a two-week extension being granted. [Doc. 93].

3. This is the parties' first motion to extend the deadline to file the Joint Status Report.  The Court ordered the parties to confer and submit this report after issuing the Order on Defendants' Motion to Dismiss.   [Doc. 91].

4. Due to the holidays, the parties need additional time to meaningfully confer about the topics in the Order to confer.

5. The extension will not affect any other deadlines.

WHEREFORE, for the above stated reasons, the parties respectfully request this Court extend their deadline by which to file their Joint Status Report to January 27, 2025.

Respectfully submitted,

/s/ Erin M. Moore
STEFANIE E. LAWSON, OBA #22422
DEVAN A. PEDERSON, OBA #16576
ERIN M. MOORE, OBA #20787
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK  73105
Telephone:  (405) 521-3921
Facsimile:   (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
           devan.pederson@oag.ok.gov
erin.moore@oag.ok.gov
***Attorneys for Defendants***

-And-

Trisha Trigilio*
TX State Bar Number: 24075179
Brandon J. Buskey*
Alabama Bar Number: ASB2753-A50B
American Civil Liberties Union Foundation, Criminal Law Reform Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
trishat@aclu.org; bbuskey@aclu.org

Ryan Kiesel
Ryan Kiesel, Attorney at Law, PLLC
3022 NW 39th St., No. 57532
Oklahoma City, OK 73157
(405) 303-1215
ryan@rkoklaw.com

Zoe Brennan-Krohn*
California Bar Number: 324912
American Civil Liberties Union
Foundation, Disability Rights Program
39 Drumm Street
San Francisco, CA 94111
(415) 343-0762
zbrennan-krohn@aclu.org

Blake Johnson, OBA No: 32433
Tyler Box, OBA No: 31817
Justin Williams, OBA No: 32539
Clayburn Curtis, OBA No: 30538
Overman Legal Group, PLLC
809 NW 36th St.
Oklahoma City, OK 73118
(405) 605-6718
blakejohnson@overmanlegal.com
tylerbox@overmanlegal.com
justinwilliams@overmanlegal.com
claycurtis@overmanlegal.com

Aaron Lewis*
California Bar Number: 284244
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800
alewis@cov.com

~ 3 ~

Weston Watts
OBA No: 33299
Thomas A Ryan PLLC
6303 N Portland Ave, Suite 300
Oklahoma City, OK 73112
(405) 249-8377
Watts.weston@gmail.com

Adam H. Hines, OBA No: 35640
Megan Lambert OBA No: 33216
American Civil Liberties Union of Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 525-3831
ahines@acluok.org
mlambert@acluok.org

***Attorneys for Plaintiffs***

*Admitted Pro Hac Vice