IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>[1] HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and<br><br>[2] HON. KHRISTIAN STRUBHAR, in her official capacity as Special Judge in the Canadian County District Court,<br><br>                Defendants. | Case No. 5:19-cv-1145-JD |

**JOINT STATUS REPORT**

On December 23, 2024, this Court granted in part and denied in part Defendants' motion to dismiss, lifted the administrative stay on Plaintiffs' class certification motion, and ordered the parties to file a joint status report advising the Court of proposed deadlines. ECF No. 91. The parties have conferred and submit this joint report on the class certification motion, along with a discovery plan and proposed scheduling order.

Plaintiffs intend to amend the class certification motion. The parties have a mutual interest in resolving the motion as quickly as possible. Based on the parties' conference,

issues likely to be contested will not require discovery. With that understanding, the parties propose the following deadlines:

1. Plaintiffs' amended motion is due February 6, 2025.

2. Defendants' response is due February 27, 2025.

3. Plaintiffs' optional reply is due March 6, 2025.

Should the amended motion raise an unanticipated contested issue requiring discovery, the parties will propose an amended briefing schedule. Further deadlines jointly proposed and requested by the parties are included in the attached discovery plan (Ex. 1) and proposed scheduling order (Ex. 2).

Respectfully submitted,

/s/ Trisha Trigilio
Trisha Trigilio*
Texas State Bar Number: 24075179
Brandon J. Buskey*
Alabama Bar Number: ASB2753-A50B
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION, CRIMINAL LAW REFORM
 PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
trishat@aclu.org
bbuskey@aclu.org

Zoe Brennan-Krohn*
California Bar Number: 324912
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION, DISABILITY RIGHTS
PROGRAM
39 Drumm Street
San Francisco, CA 94111
(415) 343-0762
zbrennan-krohn@aclu.org

Megan Lambert (OBA No. 33216)
Devraat Awasthi (OBA No. 35544)
Adam Hines (OBA No. 35640)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
(405) 286-1291
dawasthi@acluok.org
mlambert@acluok.org
ahines@acluok.org

Aaron Lewis*
California Bar Number: 284244
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800
alewis@cov.com

Blake Johnson (OBA No. 32433)
Tyler Box (OBA No. 31817)
Weston Watts (OBA No. 33299)
Justin Williams (OBA No. 32539)
Clayburn Curtis (OBA No. 30538)
OVERMAN LEGAL GROUP, PLLC
809 NW 36th St.
Oklahoma City, OK 73118
(405) 605-6718
blakejohnson@overmanlegal.com
tylerbox@overmanlegal.com
westonwatts@overmanlegal.com
justinwilliams@overmanlegal.com
claycurtis@overmanlegal.com

*Admitted pro hac vice

Counsel for Plaintiffs

/s/Erin M. Moore
**STEFANIE E. LAWSON, OBA #22422**
**ERIN M. MOORE, OBA #20787**
**DEVAN A. PEDERSON, OBA # 16576**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK  73105
Telephone:    (405) 521-3921
Facsimile:    (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
       erin.moore@oag.ok.gov
       devan.pederson@oag.ok.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 27, 2025, I filed this document using the Court's CM/ECF system, which will serve the filing on all counsel of record.

<u>/s/ Trisha Trigilio</u>
Trisha Trigilio*
Texas State Bar Number: 24075179
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION, CRIMINAL LAW REFORM
 PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
trishat@aclu.org