# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

MISTY WHITE, et al., on behalf of themselves and all others similarly situated,  )
                Plaintiff,  )
                        )
vs.  )   Case No. CIV- __19-01145-JD__
HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, et al.,  )
                Defendant.  )   __March 2026__ TRIAL DOCKET

## **SCHEDULING ORDER**

Date_____ Judge_____ Clerk_

Appearing for Plaintiff _____

Appearing for Defendant _____

☐ JURY TRIAL DEMANDED -  **X** NON-JURY TRIAL

**THE FOLLOWING DEADLINES ARE SET BY THE COURT**

1. Motions to join additional parties to be filed by __February 6, 2025__.

2. Motions to amend pleadings to be filed by __February 6, 2025__.

3. Plaintiff to file a final list of expert witness(es) in chief and submit expert reports to defendant by __June 30, 2025__.* Defendant to file a final list of expert witness(es) in chief and submit expert reports to plaintiff __30__ days thereafter.*

4. Plaintiff to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed, by __June 30, 2025__.* Defendant to file a final list of witnesses (as described above) 14 days thereafter.*

5. Plaintiff to file a final exhibit list by __June 30, 2025__.* Defendant to file objections to plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by __July 14, 2025__.

   Defendant to file a final exhibit list 14 days thereafter.* Plaintiff to file objections to defendant's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by __14 days later__.

1

**\*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.**

6. Discovery to be completed by  **August 31, 2025** .

7. All dispositive and *Daubert* motions to be filed by  **Sept. 30 2025** .

If the deadline for dispositive motions and *Daubert* motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.

8. Trial docket **March 10, 2026** .\*\*

   **\*\*Trial dockets generally begin the second Tuesday of each month. However, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.**

   The interval between the dispositive motion deadline and the trial docket is relatively inflexible. An extension of time to file or respond to a motion for summary judgment will likely affect the trial setting.

9. Designations of deposition testimony to be used at trial to be filed by **Feb. 16, 2026** . Objections and counter-designations to be filed by **14 days later** . Objections to counter-designations to be filed by **14 days later** .

10. Motions in limine to be filed by **Feb. 16, 2026** .

11. Requested voir dire to be filed by **N/A** .

12. Trial briefs (optional unless otherwise ordered) to be filed by **March 10, 2026** .

13. Requested jury instructions to be filed on or before **N/A** .\*\*\*

14. Proposed findings and conclusions of law to be filed no later than **February 16, 2026** .\*\*\*

    **\*\*\*In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law in WordPerfect format to the clerk via the court's designated mail box: <u>last name of judge-orders@okwd.uscourts.gov</u>.**

15. Any objection or responses to the trial submissions referenced in 10, 11, 12, 13 or 14 to be filed 14 days thereafter.

16. The Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (*see* <u>Appendix IV</u>), together with a proposed order approving the report, to be submitted to the court by **Feb. 16, 2026** .

2

17. This case is referred to ADR:

    ☐   Mediation by agreement of the parties, exempt from LCvR16.3.
    **X**   by Order of the court:

    ☐   Court-Ordered Mediation subject to LCvR16.3
    **X**   Judicial Settlement Conference
    ☐   Other _____

    If the court orders mediation, the process shall be completed and a report filed with the court by the parties, stating whether the case settled, not later than_____.

18. The parties do not consent to trial by a Magistrate Judge.

19. Initial disclosures pursuant to Fed. R. Civ. P. 26 have been made ☐; are excused ☐; or **X** shall be made no later than  **February 6, 2025** .

20. Other: _____
    _____
    _____

    Dated this _____ day of _____.

                                        BY ORDER OF THE COURT
                                        JOAN KANE
                                        CLERK OF COURT


                                        By:_____
                                              Deputy Clerk

Copies to all parties.

3