IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MISTY WHITE, JERMAINE BRADFORD, JANARA MUSGRAVE, LANDON PROUDFIT, BRADLEY BARBER, JR., and DAKOTA KAPPUS, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-19-01145-JD |
| HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District; and HON. KHRISTAN STRUBHAR, in her official capacity as Special District Judge in the Canadian County District Court, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **SPECIALIZED SCHEDULING ORDER**

Based on the submissions by the parties through their Joint Status Report and Discovery Plan [Doc. No. 98; Doc. No. 98-1], and under Federal Rules of Civil Procedure 16 and 23, the Court issues the following specialized scheduling order to govern this action at this point in the proceeding. Class certification hearing, any additional discovery following the Court's ruling on class certification, other pretrial filings relating to the merits, and trial on the merits will be set at a later date or set through a later status conference, as necessary.

The Court therefore ORDERS that the following deadlines are set:

| Event | Schedule |
|---|---|
| Motions to amend pleadings or join additional parties | February 6, 2025 |
| Initial disclosures pursuant to Fed. R. Civ. P. 26 | February 6, 2025 |
| Class Certification Motion | February 6, 2025 |
| Class Certification Response | February 27, 2025 |
| Class Certification Reply | March 6, 2025 |
| Class Certification Hearing (if necessary, specific date to be set by the Court)[1] | TBD |

This schedule will not be modified without the Court's consent and a showing of good cause. *See* Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED this 28th day of January 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] The parties should anticipate that the Court may impose other deadlines in advance of any class certification hearing relating to the course of the proceedings. *See* Fed. R. Civ. P. 23(d)(1)(A).