IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MISTY WHITE, *et al.*,
on behalf of themselves and all others
similarly situated,

       Plaintiffs,

v.

[1] HON. PAUL HESSE, in his official
capacity as Chief Judge of the 26th
Judicial District, and

[2] HON. KHRISTIAN STRUBHAR, in
her official capacity as Special Judge in
the Canadian County District Court,

       Defendants.

Case No. 5:19-cv-1145-JD

**PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE
SUCCESSOR TO OFFICIAL-CAPACITY DEFENDANT**

   Plaintiff respectfully moves this Court for an order under Rule 25(d) of the Federal Rules of Civil Procedure substituting Hon. David Halley, in his official capacity as Special Judge in the Canadian County District Court, for Hon. Khristian Strubhar, sued in the same official capacity, as a Defendant. Defendants are unopposed.

   Rule 25(d) states that the successor to a "public official who is a party in an official capacity" is "automatically substituted as a party" and "[l]ater proceedings should be in the substituted party's name." Fed. R. Civ. P. 25(d). *See, e.g.*, *Coriz v. Rodriguez*, 350 F. Supp. 3d 1044, 1052 (D.N.M. 2018) (automatically substituting successor in office as

official-capacity defendant under Rule 25(d)). Judge Halley has succeeded Judge Strubhar as the Special Judge in Canadian County District Court assigned to conduct first court appearances.

## RELIEF REQUESTED

Accordingly, Plaintiffs respectfully request that the Court direct the Clerk to amend the case caption to substitute the Hon. David Halley as a Defendant in his official capacity as Special Judge in Canadian County District Court in place of Hon. Khristian Strubhar.

Respectfully Submitted,

/s/ Trisha Trigilio
Trisha Trigilio*
Texas State Bar Number: 24075179
Brandon J. Buskey*
Alabama Bar Number: ASB2753-A50B
American Civil Liberties Union
  Foundation, Criminal Law Reform
  Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
trishat@aclu.org
bbuskey@aclu.org

Aaron Lewis*
California Bar Number: 284244
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800
alewis@cov.com

Weston Watts
Oklahoma Bar Number: 33299
Watts & Watts

Megan Lambert
Oklahoma Bar Number: 33216
Adam Hines
  Oklahoma Bar Number: 35640
Devraat Awasthi
Oklahoma Bar Number: 35544
American Civil Liberties Union of
  Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 525-3831
mlambert@acluok.org
ahines@acluok.org
dawasthi@acluok.org

Blake Johnson
Oklahoma Bar Number: 32433
Tyler Box
Oklahoma Bar Number: 31817
Justin Williams
Oklahoma Bar Number: 32539
Clayburn Curtis
Oklahoma Bar Number: 30538
Overman Legal Group, PLLC

1000 W. Wilshire Blvd., Suite 360  
Oklahoma City, OK 73116  
watts.weston@gmail.com  

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

809 NW 36th St.  
Oklahoma City, OK 73118  
(405) 605-6718  
blakejohnson@overmanlegal.com  
tylerbox@overmanlegal.com  
justinwilliams@overmanlegal.com  
claycurtis@overmanlegal.com

## CERTIFICATE OF SERVICE

  I certify that I will file this motion via CM/ECF, which serves the motion on all counsel of record.

/s/ Trisha Trigilio
Trisha Trigilio*
Texas State Bar Number: 24075179
American Civil Liberties Union
  Foundation, Criminal Law Reform
  Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
trishat@aclu.org