IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, *et al.*,<br>on behalf of themselves and all others<br>similarly situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>[1] HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and<br><br>[2] HON. KHRISTIAN STRUBHAR, in her official capacity as Special Judge in the Canadian County District Court,<br><br>                          Defendants. | Case No. 5:19-cv-1145-JD |

**ORDER SUBSTITUTING SUCCESSOR IN OFFICE
AS OFFICIAL-CAPACITY DEFENDANT**

The Clerk of Court is respectfully directed to amend the case caption to substitute the Hon. David Halley in place of Hon. Khristian Strubhar as a Defendant in his official capacity as Special Judge in Canadian County District Court.

SO ORDERED.

_____
Hon. Jodi W. Dishman
United States District Judge