**MINUTE SHEET**

CASE NO.: <u>CIV-19-1145-JD</u>                                                    DATE: <u>March 6, 2025</u>

<u>White et al</u>      v. <u>Hesse et al</u>

Commenced:  <u>1:00p.m.</u>        Ended: <u>5:30p.m.</u>        Total Time: <u>4hrs and 30 mins</u>

Proceedings: <u>Settlement Conference                                                      </u>

    U.S. Magistrate Judge Chris M. Stephens                    Courtroom Deputy Andrea Caster

Plaintiff:      <u>Misty White</u>

Plf Counsel:   <u>Trisha Trigilio, Aaron Lewis, Brandon Buskey, Devraat Awasthi, and
                Megan Lambert</u>

<u>Defedant</u>:      <u>Paul Hesse</u>

Dft Counsel:  <u>Erin Moore and Stephane Lawson</u>

Counsel appears as noted.  Settlement conference held. Case did not settle, but discussions continue. At the end of the conference, Judge Stephens directed certain counsel to report to him by close of business on Friday, March 7, 2025, about viability of potential settlement and interest in future discussions given the parties' positions.