IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, JERMAINE BRADFORD, JANARA MUSGRAVE, LANDON PROUDFIT, BRADLEY BARBER, JR., and DAKOTA KAPPUS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District; and HON. DAVID HALLEY, in his official capacity as Special District Judge in the Canadian County District Court, <br><br> Defendants. | Case No. CIV-19-01145-JD |

## **ORDER**

On February 14, 2025, the Court ordered Plaintiffs Jermaine Bradford, Bradley Barber, Jr., and Dakota Kappus to enter their appearances pro se or to have new counsel enter appearances on their behalf by February 28, 2025. [Doc. No. 109]. The Court warned Plaintiffs Jermaine Bradford, Bradley Barber, Jr. and Dakota Kappus that failure to comply with the Court's Order would result in their dismissal from this action without prejudice. *Id.* at 2–3. To date, Plaintiffs Jermaine Bradford, Bradley Barber, Jr., and Dakota Kappus have not complied with the Court's Order, nor have they sought any extension of time to comply with the Court's Order or filed anything further in prosecution of this action.

Consequently, the Court DISMISSES without prejudice Plaintiffs Jermaine Bradford, Bradley Barber, Jr., and Dakota Kappus from this action for failure to comply with the Court's Order and failure to prosecute. *Cf. Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (discussing the inherent power of a court to dismiss actions for lack of prosecution); *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) (dismissal appropriate where party neglects their case or refuses to obey court orders).

Consistent with its Order [Doc. No. 109], the Court requires former counsel to forward this Order to Jermaine Bradford, Bradley Barber, Jr., and Dakota Kappus at their last known address or last known contact information.

IT IS SO ORDERED this 10th day of March 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE