IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, JANARA MUSGRAVE, and LANDON PROUDFIT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and HON. DAVID HALLEY, in his official capacity as Special District Judge in the Canadian County District Court,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-19-01145-JD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Currently pending before the Court is Plaintiffs' Motion for Class Certification ("Motion") [Doc. No. 102], which amended Plaintiffs' earlier motion at [Doc. Nos. 5, 20]. The Motion is fully briefed. *See* [Doc. Nos. 113, 118].

The Motion is set for hearing on **July 14, 2025, at 10:00 a.m.** in Courtroom 502,[1] and continuing over the following days as and if necessary: July 15, 16, 17, and 18, 2025. Plaintiffs shall file a witness list for the witnesses that will be called at the hearing at least twenty-eight (28) days prior to the hearing. Defendants shall file their witness list at least twenty-one (21) days prior to the hearing. Further, the parties shall submit to the Court proposed findings of fact and conclusions of law and any exhibits they intend to rely

---

[1] The Court may impose other deadlines or measures relating to the course of the proceedings. *See* Fed. R. Civ. P. 23(d)(1)(A).

upon that are not already part of their exhibits, *see* [Doc. Nos. 102, 113], at least fourteen (14) days before the hearing.

If the issues described in any currently pending motion are resolved by agreement at any time, or if this action is resolved, counsel shall <u>immediately</u> notify the Court and inform the Court of proposed next steps.

IT IS SO ORDERED this 2nd day of May 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE