UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, *et al.*, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>[1] HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and<br>[2] HON. DAVID HALLEY, in his official capacity as Special District Judge in the Canadian County District Court,<br><br>      Defendants. | Case No. CIV-19-01145-JD |

**PLAINTIFFS' WITNESS LIST FOR HEARING ON**
**<u>AMENDED MOTION FOR CLASS CERTIFICATION</u>**

  Pursuant to the Court's Order, dated May 2, 2025 (Doc. No. 123), Plaintiffs state that they do not intend to call any witnesses to testify at the hearing on Plaintiffs' Amended Motion for Class Certification (Doc. No. 102) scheduled for July 14, 2025.

Dated: June 16, 2025                                      Respectfully submitted,

/s/ *Devraat Awasthi*

| | |
|---|---|
| Brandon J. Buskey* | Devraat Awasthi |
| Alabama Bar Number: ASB2753-A50B | Oklahoma Bar Number: 35544 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, CRIMINAL LAW REFORM PROJECT | Megan Lambert |
| | Oklahoma Bar Number: 33216 |
| | Adam Hines |
| 125 Broad Street, 18th Floor | Oklahoma Bar Number: 35640 |
| New York, NY 10004 | AMERICAN CIVIL LIBERTIES UNION OF OKLAHOMA FOUNDATION |
| (212) 549-2500 | P.O. Box 13327 |
| bbuskey@aclu.org | Oklahoma City, OK 73113 |
| | (405) 525-3831 |
| | dawasthi@acluok.org |
| Aaron Lewis* | mlambert@acluok.org |
| California Bar Number: 284244 | ahines@acluok.org |
| COVINGTON & BURLING LLP | |
| 1999 Avenue of the Stars | Blake Johnson |
| Los Angeles, CA 90067-4643 | Oklahoma Bar Number: 32433 |
| (424) 332-4800 | Tyler Box |
| alewis@cov.com | Oklahoma Bar Number: 31817 |
| | Clayburn Curtis |
| | Oklahoma Bar Number: 30538 |
| *Attorneys for Plaintiffs* | OVERMAN LEGAL GROUP, PLLC |
| *Admitted Pro Hac Vice | 809 NW 36th St. |
| | Oklahoma City, OK 73118 |
| | (405) 605-6718 |
| | blakejohnson@overmanlegal.com |
| | tylerbox@overmanlegal.com |
| | claycurtis@overmanlegal.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2025, I filed a true and correct copy of the foregoing using the CM/ECF system, which will serve the filing on all counsel of record.

/s/ *Devraat Awasthi*
Devraat Awasthi