IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, *et al.*, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>(1) HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and<br><br>(2) HON. KHRISTAN STRUBHAR, in her official capacity as Special Judge in the Canadian County District Court,<br><br>Defendants. | Case No: CIV-19-1145-JD |

## DEFENDANTS' WITNESS LIST FOR HEARING ON AMENDED MOTION FOR CLASS CERTIFICATION

Pursuant to the Court's Order, dated May 2, 2025 [Doc. 123] Defendants respectfully state that they do not intend to call any witness to testify at the hearing on Plaintiff's Motion for Class Certification [Doc. 102] scheduled for July 14, 2025.

Respectfully submitted,

*s/Erin M. Moore*
STEFANIE E. LAWSON, OBA #22422
DEVAN A. PEDERSON, OBA #16576
ERIN M. MOORE, OBA #20787
Assistant Attorneys General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK   73105
(405) 521-3921| Fax: (405) 521-4518
stefanie.lawson@oag.ok.gov
devan.pederson@oag.ok.gov
erin.moore@oag.ok.gov
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of June, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all registered ECF participants.

                                                  *s/Erin M. Moore*
                                                  Erin M. Moore