## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

MISTY WHITE, *et al.*, On behalf of
themselves and all others similarly situated,

                    Plaintiffs,

v.                                                          **Case No: CIV-19-1145-JD**

(1) HON. PAUL HESSE, in his official
    capacity as Chief Judge of the 26th Judicial
    District, and

(2) HON. KHRISTAN STRUBHAR, in her
    official capacity as Special Judge in the
    Canadian County District Court,

                    Defendants.

## JOINT MOTION FOR
## EXTENSION OF DEADLINES

The parties pursuant to LCvR 7.1, respectfully request this Court extend their

deadline by which to file their Exhibits and Exhibits Lists and their Findings of Facts and

Conclusions of Law from June 30, 2025, until July 7, 2025. In support of this motion, the

parties state:

1.     The Court issued its Order on May 2, 2025, setting Plaintiffs' Motion for Class

       Certification for hearing on July 14, 2025.   [Doc. 123].

2.     The deadline for all parties to file their Proposed Findings of Facts and

       Conclusions of Law as well as any exhibits is currently June 30, 2025.

3.     This is the parties' first motion to extend the deadline to file their Proposed

       Findings of Fact and Conclusions of Law.

4.     The parties are making substantial progress on an agreed settlement to resolve

all issues in this matter.  All parties hope to have the settlement documents finalized and executed in the coming days.  A final settlement will obviate the need for a hearing on class certification.

5.      The extension will not affect any other deadlines.

WHEREFORE, for the above stated reasons, the parties respectfully request this Court extend their deadline by which to file their Proposed Findings of Fact and Conclusions of Law as well as their exhibits and exhibit lists to July 7, 2025.

Respectfully submitted,

*s/Stefanie E. Lawson*
STEFANIE E. LAWSON, OBA #22422
DEVAN A. PEDERSON, OBA #16576
ERIN M. MOORE, OBA #20787
Assistant Attorneys General
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK   73105
(405) 521-3921| Fax: (405) 521-4518
stefanie.lawson@oag.ok.gov
devan.pederson@oag.ok.gov
erin.moore@oag.ok.gov
***Attorneys for Defendants***

*-and-*

Brandon J. Buskey*
Alabama Bar Number: ASB2753-A50B
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, CRIMINAL LAW REFORM PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
bbuskey@aclu.org

Blake Johnson, OBA No: 32433
Tyler Box, OBA No: 31817
Clayburn Curtis, OBA No: 30538
OVERMAN LEGAL GROUP, PLLC
809 NW 36th St.
Oklahoma City, OK 73118
(405) 605-6718
blakejohnson@overmanlegal.com
tylerbox@overmanlegal.com
claycurtis@overmanlegal.com

Aaron Lewis*
California Bar Number: 284244
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800
alewis@cov.com

Devraat Awasthi, OBA No: 35544
Adam H. Hines, OBA No: 35640
Megan Lambert OBA No: 33216
AMERICAN CIVIL LIBERTIES UNION OF
OKLAHOMA FOUNDATION
P.O. Box 13327
Oklahoma City, OK 73113
(405) 525-3831
ahines@acluok.org
mlambert@acluok.org
***Attorneys for Plaintiffs***

*Admitted Pro Hac Vice

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all registered ECF participants.

s/Stefanie E. Lawson
Stefanie E. Lawson