## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MISTY WHITE, JANARA MUSGRAVE, and LANDON PROUDFIT, on behalf of themselves and all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-01145-JD |
| | ) | |
| HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and HON. DAVID HALLEY, in his official capacity as Special District Judge in the Canadian County District Court, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is the parties' Joint Motion for Extension of Deadlines ("Motion") [Doc. No. 126]. The Motion seeks to extend the deadline for the parties to submit their proposed findings of fact and conclusions of law as well as the deadline for them to file their exhibits and exhibit lists. The parties seek to extend these deadlines from June 30, 2025, to July 7, 2025. Motion at 1.

The Court finds that an extension is warranted for the reasons stated in the Motion; therefore, the Court GRANTS the Motion. The parties' deadline to submit their proposed findings of fact and conclusions of law as well as their exhibits and exhibit lists is EXTENDED to **July 7, 2025**.

IT IS SO ORDERED this 26th day of June 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE