IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MISTY WHITE, et al.,

On behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

[1] HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and

[2] HON. DAVID HALLEY, in his official capacity as Special Judge in the Canadian County District Court,

*Defendants*.

Case No. 5:19-cv-1145-JD

**JOINT MOTION FOR
<u>EXTENSION OF DEADLINES</u>**

Pursuant to LCvR 7.1, the parties respectfully request this Court extend their deadline by which to file their Exhibits and Exhibits Lists and their Findings of Facts and Conclusions of Law from July 7, 2025, until July 14, 2025. In support of this motion, the parties state:

1. The Court issued its Order on May 2, 2025, setting Plaintiffs' Motion for Class Certification for hearing on July 14, 2025. [Doc. 123].

2. The deadline for all parties to file their Proposed Findings of Facts and Conclusions of Law as well as any exhibits is currently July 7, 2025. [Doc. 127].

1

3. This is the parties' second motion to extend the deadline to file their Proposed Findings of Fact and Conclusions of Law.

4. The parties are making substantial progress on an agreed settlement to resolve all issues in this matter. All parties hope to have the settlement documents finalized and executed in the coming days. A final settlement will obviate the need for a hearing on class certification.

5. While this extension will impact the class certification hearing set for July 14, 2025, a final settlement would eliminate the need for a hearing on class certification. Thus, in the interest of prioritizing settlement, the parties respectfully request an extension.

WHEREFORE, for the above stated reasons, the parties respectfully request this Court extend their deadline by which to file their Proposed Findings of Fact and Conclusions of Law as well as their Exhibits and Exhibits Lists to July 14, 2025.

Dated this 2nd day of July, 2025,

*s/Devraat Awasthi*
Megan Lambert (OBA No. 33216)
Devraat Awasthi (OBA No. 35544)
Adam Hines (OBA No. 35640)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
(405) 286-1291
dawasthi@acluok.org
mlambert@acluok.org
ahines@acluok.org

Brandon J. Buskey\*
Alabama Bar Number: ASB2753-A50B
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION, CRIMINAL LAW REFORM
 PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
trishat@aclu.org
bbuskey@aclu.org

Blake Johnson (OBA No. 32433)
Tyler Box (OBA No. 31817)
Clayburn Curtis (OBA No. 30538)
OVERMAN LEGAL GROUP, PLLC
809 NW 36th St.
Oklahoma City, OK 73118
(405) 605-6718
blakejohnson@overmanlegal.com
tylerbox@overmanlegal.com
westonwatts@overmanlegal.com
justinwilliams@overmanlegal.com
claycurtis@overmanlegal.com

*Attorneys for Plaintiffs*

Stefanie A. Lawson (OBA No. 22422)
Devan A. Pederson (OBA No. 16576)
Erin M. Moore (OBA No. 20787)
Assistant Attorneys General
OKLAHOMA ATTORNEY GENERAL'S
OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
stefanie.lawson@oag.ok.gov
devan.pederson@oag.ok.gov
erin.moore@oag.ok.gov

*Attorneys for Defendants*

Aaron Lewis\*
California Bar Number: 284244
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800
alewis@cov.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all registered ECF participants.

<i>s/Devraat Awasthi</i><br>
Devraat Awasthi