IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, JANARA MUSGRAVE, and LANDON PROUDFIT, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and HON. DAVID HALLEY, in his official capacity as Special District Judge in the Canadian County District Court,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-19-01145-JD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the Court is the Joint Motion for Extension of Deadlines ("Motion") filed by the plaintiffs on behalf of the parties. [Doc. No. 128]. The Motion requests an extension of the parties' deadline to file exhibits, exhibit lists, and findings of facts and conclusions of law by seven (7) days, or until July 14, 2025.

The Court finds that an extension is warranted for the reasons stated in the Motion; however, the Motion does not warrant the full extension sought by the parties. Thus, the Court GRANTS the Motion in part and EXTENDS the parties' deadline to file the exhibits, exhibit lists, and findings of facts and conclusions of law by **four (4) days**, or until **July 11, 2025**.[1]

---

[1] The Motion notes that the extension sought by the parties would impact the class certification hearing set for July 14, 2025. Motion ¶ 5. Nevertheless, the Motion indicates that the parties "are making substantial progress on an agreed settlement to resolve all issues in this matter," and "a final settlement would eliminate the need for a hearing on

IT IS SO ORDERED this 3rd day of July 2025.

                                                                JODI W. DISHMAN
                                                                UNITED STATES DISTRICT JUDGE

---

class certification." *Id.* ¶¶ 4–5. Although the parties recognize that an extension would impact the class certification hearing date, they do not move to strike the hearing date. *See* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion."). If the parties move to strike the class certification hearing date, the Court notes—without prejudging the merits of such a motion—that it will require details about the parties' diligent efforts to advance or resolve this action to justify striking the hearing date, including how they use the additional time granted by this Order.