## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, JERMAINE BRADFORD, JANARA MUSGRAVE, LANDON PROUDFIT, BRADLEY BARBER, JR., and DAKOTA KAPPUS, on behalf of themselves and all others similarly situated, and<br><br>Plaintiffs,<br><br>v.<br><br>HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and<br>HON. DAVID HALLEY, in his official capacity as Special Judge in the Canadian County District Court,<br><br>Defendants. | **Case No: CIV-19-1145-JD** |

## JOINT NOTICE OF SETTLEMENT

The parties, by and through their counsel, hereby notify the Court that they have reached a settlement in the above matter. The settlement documents need to be presented to the Court for approval as this matter is intended to resolve class claims and Rule 23(e) requires the Court approve any such settlement. The parties anticipate filing the Joint Motion for Preliminary Approval of the Consent Decree on or before August 29, 2025.

Dated August 26, 2025.　　　　　　　　Respectfully submitted by,


　　　　　　　　　　　　　　　　　　*s/Brandon J. Buskey*
　　　　　　　　　　　　　　　　　　*(signed with permission of attorney)*
　　　　　　　　　　　　　　　　　　Brandon J. Buskey*
　　　　　　　　　　　　　　　　　　American Civil Liberties Union Foundation
　　　　　　　　　　　　　　　　　　Criminal Law Reform Project
　　　　　　　　　　　　　　　　　　125 Broad Street, 18th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　Telephone: 212-549-2500
　　　　　　　　　　　　　　　　　　bbuskey@aclu.org

　　　　　　　　　　　　　　　　　　Megan Lambert
　　　　　　　　　　　　　　　　　　Oklahoma Bar Number: 33216
　　　　　　　　　　　　　　　　　　American Civil Liberties Union of Oklahoma
　　　　　　　　　　　　　　　　　　Foundation
　　　　　　　　　　　　　　　　　　P.O. Box 13327
　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73113
　　　　　　　　　　　　　　　　　　Telephone: (405) 524-8511
　　　　　　　　　　　　　　　　　　mlambert@acluok.org

　　　　　　　　　　　　　　　　　　Aaron Lewis*
　　　　　　　　　　　　　　　　　　California Bar Number: 284244
　　　　　　　　　　　　　　　　　　Covington & Burling LLP
　　　　　　　　　　　　　　　　　　1999 Avenue of the Stars
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067-4643
　　　　　　　　　　　　　　　　　　Telephone: (424) 332-4800
　　　　　　　　　　　　　　　　　　alewis@cov.com

　　　　　　　　　　　　　　　　　　***Counsel for Plaintiffs***

　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice

                                                *s/Erin M. Moore*
Erin M. Moore
Oklahoma Bar Number: 20787
Jacy Sullivan
Oklahoma Bar Number: 33858
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
erin.moore@oag.ok.gov
jacy.sullivan@oag.ok.gov

***Counsel for Defendants***