**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MISTY WHITE, JANARA MUSGRAVE, and LANDON PROUDFIT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and HON. DAVID HALLEY, in his official capacity as Special District Judge in the Canadian County District Court,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-19-1145-STE |

## ORDER

The Joint Motion for Preliminary Approval of the Consent Decree, Class Certification, and Plan of Notice to Class (ECF No. 141) is hereby set for Preliminary Approval Hearing on **November 24, 2025,** beginning at **11:00 a.m.** The hearing will be held telephonically.

**IT IS SO ORDERED** on November 12, 2025.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE