IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY WHITE, JERMAINE BRADFORD, JANARA MUSGRAVE, LANDON PROUDFIT, BRADLEY BARBER, JR., and DAKOTA KAPPUS, on behalf of themselves and all others similarly situated, and<br><br>        Plaintiffs,<br><br>v.<br><br>HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and HON. DAVID HALLEY, in his official capacity as Special Judge in the Canadian County District Court,<br><br>        Defendants. | Case No: 19-cv-1145-STE |

## NOTICE

Defendants, by and through their counsel, hereby notify the Court and Plaintiffs that the training set forth in the Side Agreement has been completed. Attached is a copy of the Agenda for the training, including the dates on which the training was held. *See* Order dated October 7, 2025, Ex. 1.

Dated December 30, 2025.

                                        Respectfully submitted by,

                                        *s/Erin M. Moore*
                                        Erin M. Moore OBN: 20787
                                        Jacy Sullivan OBN: 33858
                                        OKLAHOMA ATTORNEY GENERAL'S OFFICE
                                        313 NE 21st Street
                                        Oklahoma City, OK 73105
                                        T: (405) 521-3921 | F: (405) 521-4518
                                        erin.moore@oag.ok.gov
                                        jacy.sullivan@oag.ok.gov
                                        **Counsel for Defendants**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of December, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all registered ECF participants.

                                                  *s/Erin M. Moore*  
                                                  Erin M. Moore