

## Order Calling Judicial Officers to Training

All district court judicial officers who are assigned a criminal court docket are directed to complete a total of 2.0 hours of judicial training by participation in the following courses:

*Sentencing Reformation Act*, 1.0 hour, available by livestream and onsite:
    October 16, 2025, 4:00-5:00PM Embassy Suites, Norman, OK or
    October 30, 2025, 5:00-6:00PM, Tulsa Southern Hills Marriott, Tulsa, OK or
    November 21, 2025, 10:00-11:00AM Oklahoma Judicial Center,

<u>AND</u>

*Bail by the Book - Initial Bail Determination Update*, 1.0 hour available by livestream and onsite:
    October 30, 2025, 4:00-5:00PM, Tulsa Southern Hills Marriott, Tulsa, OK or
    November 21, 2025, 11:00AM-Noon, Oklahoma Judicial Center.

Judges who are unable to attend the scheduled training via livestream or in person shall make arrangements with the Director of Judicial Education to complete the training not later than December 19, 2025.

The foregoing courses may be counted towards the annual mandatory judicial continuing legal education (MJCLE) requirement.

There will be no registration fee associated with these training events.

All judicial officers will be reimbursed at the statutory rate for authorized expenses incurred by them while attending the training.

Ordered this 7th day of October, 2025.

_____
CHIEF JUSTICE

**EXHIBIT 1**