

**Menu**    Donate

**COURT CASES**

# White v. Hesse

Criminal Justice Reform, People Incarcerated Rights, Racial Justice

**Filed:** December 10, 2019

**Status:** Pending

**Latest Update:** Dec 09, 2025



Summary

Documents



Press Releases

## Summary

We are challenging the unconstitutional, wealth-based system of pre-trial detention in Canadian County.

On November 24, 2025, Judge Shon T. Erwin of the Western District of Oklahoma preliminarily approved the terms of our class action settlement in White v. Hesse, Case No. CIV-19-1145-STE. Pursuant to Judge Erwin's November 24 Order, we have posted the Joint Motion for Preliminary Approval, Consent Decree, Notice of Proposed Class Action Settlement, and the Order Granting Preliminary Approval of Consent Decree here on our website.

If you feel you may be affected by this Class Action settlement, you can email any comments, questions, or objections to intake@acluok.org, or mail them to P.O. Box 13327, Oklahoma City, OK 73113.

**Case Number:** CIV-19-1145-STE

**Judge:** Judge Shon T. Erwin

## Documents

Joint Motion for Preliminary Approval

Consent Decree

Notice of Proposed Class Action Settlement

| | Order Granting Preliminary Approval of Consent Decree |
|---|---|
| 12/10/2019 | White v. Hesse Complaint.pdf |

# Press Releases

Dec 11, 2019

## Civil Rights Groups File Federal Lawsuit Challenging Unjust Cash Bail System in Canadian County, OK

# Learn More About the Issues in This Case

Criminal Justice Reform     People Incarcerated Rights

Racial Justice     View All Issues

## STAY INFORMED

Sign up to be the first to hear about how to take action.

Email *

ZIP code *     Sign Up

By completing this form, I agree to receive occasional emails per the terms of the ACLU's privacy statement.

Search

Press

Donate

   

© 2025 ACLU of Oklahoma

User Agreement   Privacy Statement   Website Accessibility