

**OFFICE OF ATTORNEY GENERAL**
**STATE OF OKLAHOMA**

December 1, 2025

Chris West, Sheriff
Canadian County Sheriff's Office
208 West Rogers
El Reno, OK 73036

      Re:    *White et al v. Hesse et al*, 5:19-cv-1145-STE, In the United States District Court
             for the Western District of Oklahoma

Sheriff West,

Please find enclosed a Notice of Proposed Class Action Settlement that may effect individuals
booked into the Canadian County Jail. Please publicly post this Notice in the Jail's booking area
so individuals in the Jail may see the Notice to determine if the Proposed Class Action
Settlement effects them.

If you have any questions, you may contact me or the attorneys for Plaintiffs in the above matter.
My contact information is erin.moore@oag.ok.gov and (405) 522-5362, and Plaintiffs' counsels'
information is contained in the Notice.

                Sincerely,

                Erin M. Moore
                *Senior Assistant Attorney General*

Enclosure




recycled paper

## NOTICE OF PROPOSED
## CLASS ACTION SETTLEMENT

You may be affected by the proposed settlement of claims made under 42 U.S.C. § 1983 and the procedural due process clause of the Fourteenth Amendment to the United States Constitution in the lawsuit styled *White, et al. v. Hesse, et al.*, Case No. 5:19-cv-1145-STE, pending in the United States District Court for the Western District of Oklahoma. This Notice summarizes the claims in the lawsuit, what the proposed settlement entails, and your rights under the proposed settlement.

**1.      What is the issue in the lawsuit?**

Whether the judges of the Twenty-Sixth Judicial District, which is in Canadian County, are providing timely bail determinations, considering the appropriate factors in these bail determinations, and making findings about dangerousness, flight risk and ability to pay.

**2.      Who is affected by the settlement?  Who is a "Class Member"?**

A Class Member is any person who is or will be booked into the Canadian County Detention Center and is detained at the time of their first appearance before a judge in the Twenty-Sixth Judicial District on either an arrest for a criminal offense without a warrant or on a warrant for new charges. This class does not include: (1) any person only detained on warrants for post-conviction applications or motions, (2) any person only detained on warrants for failure to appear or comply with orders of the Court after release in criminal matters, or (3) any person only detained on a warrant and in custody pursuant to a writ of habeas corpus.

If you have any questions as to whether you are affected by this settlement, contact the Class Counsel referred to in Question 4 of this Notice.

**3.      What are the changes to the proposed settlement?**

The Plaintiffs and the Defendants have reached a proposed settlement agreement that, if accepted by the Court, would result in a "Consent Decree" being entered by the Court. The Consent Decree will resolve all of Plaintiffs' claims in the lawsuit. The purpose of the Consent Decree is to improve the bail determination hearings provided to Class Members.

**4.      Who represents the individuals affected by the settlement?**

The lawyers representing the Class Members ("Class Counsel") are Brandon Buskey, Megan Lambert, and Aaron Lewis.

**5.      What are your options?**

On  November 24, 2025, the United States District Court for the Western District of Oklahoma preliminarily approved the Consent Decree. Now the Court must hold a hearing to determine whether final approval should be granted. At the hearing, the Court will determine if the Consent Decree is fair, reasonable, and adequate. **The Final Approval and Fairness Hearing will be held on January 30, 2026 at 11:00 a.m., in Courtroom 103 of the federal courthouse at 200 N.W. 4th St., Oklahoma City, Oklahoma 73102.** You may, but are not required to, request to appear at the hearing if you submit a written objection or comment regarding the settlement, using the attached "Response to Proposed Class Action Settlement" form or your own paper, or if you submit an objection or comment online. The Court

will decide which class members will testify. Class members who do not appear at the final fairness hearing will be represented by Class Counsel.

If you have objections, comments, or statements about the proposed Consent Decree, you can submit them as follows:

You can submit comments, questions or objections on the attached "Response to Proposed Class Action Settlement" form or your own paper. If you choose to send an objection, comment, or statement, you must include your full name, all objections or comments and the reasons for them, any and all supporting papers (including all briefs, written evidence, and declarations), and your signature. If you are sending supporting papers, do not send originals because they will not be returned to you. **Written objections, comments, and statements should be sent to the following address**:

> ACLU of Oklahoma
> C/O Megan Lambert
> PO Box 13327
> Oklahoma City, OK 73113

You may also submit your written objections, comments, and statements by email to: intake@acluok.org. If you are submitting by email, please include the subject line: White v. Hesse Class Action Settlement.

All comments, questions, or objections must be submitted or postmarked by **January 16, 2026**. Properly and timely submitted objections and comments will be consolidated and submitted to the Court by Plaintiffs' counsel on **January 23, 2026**, in advance of the Final Approval and Fairness Hearing, which the Court will hold on **January 30, 2026 at 11:00 a.m**.

<u>**Any objections, comments, or questions that do not comply with the above procedures** and **timeline will not be heard or considered by the Court**</u>.

**6.    How can you get more information?**

If you have any questions about the matters contained in this notice, or any questions regarding the proposed Consent Decree, you may write or call Class Counsel's office below:

> Megan Lambert
> Legal Director
> ACLU of Oklahoma
> PO Box 13327
> Oklahoma City, OK 73113
> (405) 286-1104
>
> Brandon Buskey
> Director
> Criminal Law Reform Project
> American Civil Liberties Union
> Foundation
> 125 Broad Street, 18th FL
> New York, NY 10004
> 212-549-2500

**RESPONSE TO PROPOSED CLASS ACTION SETTLEMENT**

*White, et al. v. Hesse, et al.*, **Case No. 5:19-cv-1145-JD (W.D. OK)**

**Written objections, comments, and statements should be sent to the following address:**
**INSERT**

Full Name: _____

Address: _____

_____

_____


Criminal Case No.: _____

Criminal Attorney: _____

Objections/Comments/Statements:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


(If you need additional space, you may continue writing on the other side of the page or attach additional pages.)



OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N. E. 21ST
OKLAHOMA CITY, OK 73105

CERTIFIED MAIL

9489 0090 0027 6602 1192 52

US POSTAGE ～PITNEY BOWES
ZIP 73105
02 4W    $ 010.44⁰
0000386715 DEC 01 2025

Chris West, Sheriff
CANADIAN COUNTY SHERIFF'S OFFICE
208 West Rogers
El Reno, OK 73036

ALERT: SEVERE FLOODING WITH EVACUATIONS IN SOUTHERN CALIFORNIA, AND WINTER W…

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9489009000276602119252

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:34 pm on December 5, 2025 in EL RENO, OK 73036.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

EL RENO, OK 73036
December 5, 2025, 1:34 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



### OFFICE OF ATTORNEY GENERAL
### STATE OF OKLAHOMA

December 1, 2025

Debbie Maddox, Executive Director
Oklahoma Indigent Defense System
111 N. Peters Ave., Suite 100
Norman, OK 73069
Debbie.maddox@oids.ok.gov

Re:     *White et al v. Hesse et al*, 5:19-cv-1145-STE, In the United States District Court
for the Western District of Oklahoma

Ms. Maddox,

Please find enclosed a Notice of Proposed Class Action Settlement that may effect clients served
by OIDS in Canadian County. Please disseminate this Notice to the attorneys working for OIDS
in Canadian County so they may advise their clients appropriately.

If you have any questions, you may contact me or the attorneys for Plaintiffs in the above matter.
My contact information is erin.moore@oag.ok.gov and (405) 522-5362, and Plaintiffs' counsels'
information is contained in the Notice.

Sincerely,

Erin M. Moore
*Senior Assistant Attorney General*

Enclosure

## NOTICE OF PROPOSED
## <u>CLASS ACTION SETTLEMENT</u>

You may be affected by the proposed settlement of claims made under 42 U.S.C. § 1983 and the procedural due process clause of the Fourteenth Amendment to the United States Constitution in the lawsuit styled *White, et al. v. Hesse, et al.*, Case No. 5:19-cv-1145-STE, pending in the United States District Court for the Western District of Oklahoma. This Notice summarizes the claims in the lawsuit, what the proposed settlement entails, and your rights under the proposed settlement.

**1.      What is the issue in the lawsuit?**

Whether the judges of the Twenty-Sixth Judicial District, which is in Canadian County, are providing timely bail determinations, considering the appropriate factors in these bail determinations, and making findings about dangerousness, flight risk and ability to pay.

**2.      Who is affected by the settlement?  Who is a "Class Member"?**

A Class Member is any person who is or will be booked into the Canadian County Detention Center and is detained at the time of their first appearance before a judge in the Twenty-Sixth Judicial District on either an arrest for a criminal offense without a warrant or on a warrant for new charges. This class does not include: (1) any person only detained on warrants for post-conviction applications or motions, (2) any person only detained on warrants for failure to appear or comply with orders of the Court after release in criminal matters, or (3) any person only detained on a warrant and in custody pursuant to a writ of habeas corpus.

If you have any questions as to whether you are affected by this settlement, contact the Class Counsel referred to in Question 4 of this Notice.

**3.      What are the changes to the proposed settlement?**

The Plaintiffs and the Defendants have reached a proposed settlement agreement that, if accepted by the Court, would result in a "Consent Decree" being entered by the Court. The Consent Decree will resolve all of Plaintiffs' claims in the lawsuit. The purpose of the Consent Decree is to improve the bail determination hearings provided to Class Members.

**4.      Who represents the individuals affected by the settlement?**

The lawyers representing the Class Members ("Class Counsel") are Brandon Buskey, Megan Lambert, and Aaron Lewis.

**5.      What are your options?**

On  November 24, 2025, the United States District Court for the Western District of Oklahoma preliminarily approved the Consent Decree. Now the Court must hold a hearing to determine whether final approval should be granted. At the hearing, the Court will determine if the Consent Decree is fair, reasonable, and adequate. **The Final Approval and Fairness Hearing will be held on January 30, 2026 at 11:00 a.m., in Courtroom 103 of the federal courthouse at 200 N.W. 4th St., Oklahoma City, Oklahoma 73102.** You may, but are not required to, request to appear at the hearing if you submit a written objection or comment regarding the settlement, using the attached "Response to Proposed Class Action Settlement" form or your own paper, or if you submit an objection or comment online. The Court

will decide which class members will testify. Class members who do not appear at the final fairness hearing will be represented by Class Counsel.

If you have objections, comments, or statements about the proposed Consent Decree, you can submit them as follows:

You can submit comments, questions or objections on the attached "Response to Proposed Class Action Settlement" form or your own paper. If you choose to send an objection, comment, or statement, you must include your full name, all objections or comments and the reasons for them, any and all supporting papers (including all briefs, written evidence, and declarations), and your signature. If you are sending supporting papers, do not send originals because they will not be returned to you. **Written objections, comments, and statements should be sent to the following address**:

ACLU of Oklahoma
C/O Megan Lambert
PO Box 13327
Oklahoma City, OK 73113

You may also submit your written objections, comments, and statements by email to: intake@acluok.org. If you are submitting by email, please include the subject line: White v. Hesse Class Action Settlement.

All comments, questions, or objections must be submitted or postmarked by **January 16, 2026**. Properly and timely submitted objections and comments will be consolidated and submitted to the Court by Plaintiffs' counsel on **January 23, 2026**, in advance of the Final Approval and Fairness Hearing, which the Court will hold on **January 30, 2026 at 11:00 a.m**.

**Any objections, comments, or questions that do not comply with the above procedures and timeline will not be heard or considered by the Court.**

6.     **How can you get more information?**

If you have any questions about the matters contained in this notice, or any questions regarding the proposed Consent Decree, you may write or call Class Counsel's office below:

Megan Lambert
Legal Director
ACLU of Oklahoma
PO Box 13327
Oklahoma City, OK 73113
(405) 286-1104

Brandon Buskey
Director
Criminal Law Reform Project
American Civil Liberties Union
Foundation
125 Broad Street, 18th FL
New York, NY  10004
212-549-2500

**RESPONSE TO PROPOSED CLASS ACTION SETTLEMENT**

*White, et al. v. Hesse, et al.*, **Case No. 5:19-cv-1145-JD (W.D. OK)**

**Written objections, comments, and statements should be sent to the following address:**
**INSERT**

Full Name: _____

Address: _____

_____

_____

Criminal Case No.: _____

Criminal Attorney: _____

Objections/Comments/Statements:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(If you need additional space, you may continue writing on the other side of the page or attach additional pages.)



OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N. E. 21st
OKLAHOMA CITY, OK 73105

CERTIFIED MAIL

9489 0090 0027 6602 1192 69

US POSTAGE with PITNEY BOWES

ZIP 73105
02 4W
0000386715    $ 010.44⁰
DEC 01 2025

Debbie Maddox, Executive Director
OKLAHOMA INDIGENT DEFENSE SYSTEM
111 N. Peters Ave., Suite 100
Norman, OK 73069

ALERT: SEVERE FLOODING WITH EVACUATIONS IN SOUTHERN CALIFORNIA, AND WINTER W…

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9489009000276602119269

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:10 am on December 3, 2025 in NORMAN, OK 73069.

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

### Delivered
**Delivered, Left with Individual**

NORMAN, OK 73069
December 3, 2025, 11:10 am

**Departed USPS Regional Facility**

OKLAHOMA CITY OK DISTRIBUTION CENTER
December 3, 2025, 7:54 am

**Arrived at USPS Regional Facility**

OKLAHOMA CITY OK DISTRIBUTION CENTER
December 2, 2025, 1:54 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                  ⌄

Feedback



**USPS Tracking Plus®**                                                 ⌄

**Product Information**                                                 ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



### OFFICE OF ATTORNEY GENERAL
### STATE OF OKLAHOMA

December 1, 2025

Holly Eaton, Court Clerk
Canadian County Court Clerk's Office
301 N. Choctaw Ave.
El Reno, OK 73036
Holly.eaton@oscn.net

> Re:    *White et al v. Hesse et al*, 5:19-cv-1145-STE, In the United States District Court
> for the Western District of Oklahoma

Ms. Eaton,

Please find enclosed a Notice of Proposed Class Action Settlement that may effect cases filed in Canadian County. Please publicly post this Notice in the Court Clerk's Office so individuals in the Courthouse may see the Notice to determine if the Proposed Class Action Settlement effects their case.

If you have any questions, you may contact me or the attorneys for Plaintiffs in the above matter. My contact information is erin.moore@oag.ok.gov and (405) 522-5362, and Plaintiffs' counsels' information is contained in the Notice.

Sincerely,

Erin M. Moore
*Senior Assistant Attorney General*

Enclosure

**NOTICE OF PROPOSED**
**CLASS ACTION SETTLEMENT**

You may be affected by the proposed settlement of claims made under 42 U.S.C. § 1983 and the procedural due process clause of the Fourteenth Amendment to the United States Constitution in the lawsuit styled *White, et al. v. Hesse, et al.*, Case No. 5:19-cv-1145-STE, pending in the United States District Court for the Western District of Oklahoma. This Notice summarizes the claims in the lawsuit, what the proposed settlement entails, and your rights under the proposed settlement.

**1.      What is the issue in the lawsuit?**

Whether the judges of the Twenty-Sixth Judicial District, which is in Canadian County, are providing timely bail determinations, considering the appropriate factors in these bail determinations, and making findings about dangerousness, flight risk and ability to pay.

**2.      Who is affected by the settlement?  Who is a "Class Member"?**

A Class Member is any person who is or will be booked into the Canadian County Detention Center and is detained at the time of their first appearance before a judge in the Twenty-Sixth Judicial District on either an arrest for a criminal offense without a warrant or on a warrant for new charges. This class does not include: (1) any person only detained on warrants for post-conviction applications or motions, (2) any person only detained on warrants for failure to appear or comply with orders of the Court after release in criminal matters, or (3) any person only detained on a warrant and in custody pursuant to a writ of habeas corpus.

If you have any questions as to whether you are affected by this settlement, contact the Class Counsel referred to in Question 4 of this Notice.

**3.      What are the changes to the proposed settlement?**

The Plaintiffs and the Defendants have reached a proposed settlement agreement that, if accepted by the Court, would result in a "Consent Decree" being entered by the Court. The Consent Decree will resolve all of Plaintiffs' claims in the lawsuit. The purpose of the Consent Decree is to improve the bail determination hearings provided to Class Members.

**4.      Who represents the individuals affected by the settlement?**

The lawyers representing the Class Members ("Class Counsel") are Brandon Buskey, Megan Lambert, and Aaron Lewis.

**5.      What are your options?**

On  November 24, 2025, the United States District Court for the Western District of Oklahoma preliminarily approved the Consent Decree. Now the Court must hold a hearing to determine whether final approval should be granted. At the hearing, the Court will determine if the Consent Decree is fair, reasonable, and adequate. **The Final Approval and Fairness Hearing will be held on January 30, 2026 at 11:00 a.m., in Courtroom 103 of the federal courthouse at 200 N.W. 4th St., Oklahoma City, Oklahoma 73102.** You may, but are not required to, request to appear at the hearing if you submit a written objection or comment regarding the settlement, using the attached "Response to Proposed Class Action Settlement" form or your own paper, or if you submit an objection or comment online. The Court

1

will decide which class members will testify. Class members who do not appear at the final fairness hearing will be represented by Class Counsel.

If you have objections, comments, or statements about the proposed Consent Decree, you can submit them as follows:

You can submit comments, questions or objections on the attached "Response to Proposed Class Action Settlement" form or your own paper. If you choose to send an objection, comment, or statement, you must include your full name, all objections or comments and the reasons for them, any and all supporting papers (including all briefs, written evidence, and declarations), and your signature. If you are sending supporting papers, do not send originals because they will not be returned to you. **Written objections, comments, and statements should be sent to the following address**:

ACLU of Oklahoma
C/O Megan Lambert
PO Box 13327
Oklahoma City, OK 73113

You may also submit your written objections, comments, and statements by email to: intake@acluok.org. If you are submitting by email, please include the subject line: White v. Hesse Class Action Settlement.

All comments, questions, or objections must be submitted or postmarked by **January 16, 2026**. Properly and timely submitted objections and comments will be consolidated and submitted to the Court by Plaintiffs' counsel on **January 23, 2026**, in advance of the Final Approval and Fairness Hearing, which the Court will hold on **January 30, 2026 at 11:00 a.m**.

**Any objections, comments, or questions that do not comply with the above procedures and timeline will not be heard or considered by the Court**.

6.    **How can you get more information?**

If you have any questions about the matters contained in this notice, or any questions regarding the proposed Consent Decree, you may write or call Class Counsel's office below:

Megan Lambert
Legal Director
ACLU of Oklahoma
PO Box 13327
Oklahoma City, OK 73113
(405) 286-1104

Brandon Buskey
Director
Criminal Law Reform Project
American Civil Liberties Union
Foundation
125 Broad Street, 18th FL
New York, NY  10004
212-549-2500

**RESPONSE TO PROPOSED CLASS ACTION SETTLEMENT**

*White, et al. v. Hesse, et al.*, **Case No. 5:19-cv-1145-JD (W.D. OK)**

**Written objections, comments, and statements should be sent to the following address:
INSERT**

Full Name: _____

Address: _____

_____

_____


Criminal Case No.: _____

Criminal Attorney: _____

Objections/Comments/Statements:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


(If you need additional space, you may continue writing on the other side of the page or attach additional pages.)



OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N. E. 21ˢᵗ
OKLAHOMA CITY, OK 73105

CERTIFIED MAIL

9489 0090 0027 6602 1192 76

US POSTAGE
ZIP 73105  $ 010.44
0000386715 DEC 01 2025

Holly Eaton, Court Clerk
CANADIAN COUNTY COURT CLERK'S OFFICE
301 N. Choctaw Ave.
El Reno, OK 73036

ALERT: SEVERE FLOODING WITH EVACUATIONS IN SOUTHERN CALIFORNIA, AND WINTER W…

# USPS Tracking®

FAQs >

**Remove ✕**

Tracking Number:

## 94890090002766602119276

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:02 pm on December 3, 2025 in EL RENO, OK 73036.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

EL RENO, OK 73036
December 3, 2025, 1:02 pm

**Departed USPS Regional Facility**

OKLAHOMA CITY OK DISTRIBUTION CENTER
December 3, 2025, 7:54 am

**Arrived at USPS Regional Facility**

OKLAHOMA CITY OK DISTRIBUTION CENTER
December 2, 2025, 1:55 am

**Hide Tracking History**

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                                         ⌄

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA

December 1, 2025

Tommy Humphries, District Attorney
Canadian County District Attorney's Office
303 N. Choctaw Ave.
El Reno, OK 73036
Tommy.humphries@dac.state.ok.us

      Re:    *White et al v. Hesse et al*, 5:19-cv-1145-STE, In the United States District Court
             for the Western District of Oklahoma

Mr. Humphries,

Please find enclosed a Notice of Proposed Class Action Settlement that may effect cases being
prosecuted in Canadian County. Please disseminate this Notice to the attorneys working for you
in Canadian County so they are aware of changes to rules in Canadian County.

If you have any questions, you may contact me or the attorneys for Plaintiffs in the above matter.
My contact information is erin.moore@oag.ok.gov and (405) 522-5362, and Plaintiffs counsels
information is contained in the Notice.

                        Sincerely,

                        Erin M. Moore
                        *Senior Assistant Attorney General*

Enclosure

## NOTICE OF PROPOSED
## <u>CLASS ACTION SETTLEMENT</u>

You may be affected by the proposed settlement of claims made under 42 U.S.C. § 1983 and the procedural due process clause of the Fourteenth Amendment to the United States Constitution in the lawsuit styled *White, et al. v. Hesse, et al.*, Case No. 5:19-cv-1145-STE, pending in the United States District Court for the Western District of Oklahoma. This Notice summarizes the claims in the lawsuit, what the proposed settlement entails, and your rights under the proposed settlement.

**1.    What is the issue in the lawsuit?**

Whether the judges of the Twenty-Sixth Judicial District, which is in Canadian County, are providing timely bail determinations, considering the appropriate factors in these bail determinations, and making findings about dangerousness, flight risk and ability to pay.

**2.    Who is affected by the settlement? Who is a "Class Member"?**

A Class Member is any person who is or will be booked into the Canadian County Detention Center and is detained at the time of their first appearance before a judge in the Twenty-Sixth Judicial District on either an arrest for a criminal offense without a warrant or on a warrant for new charges. This class does not include: (1) any person only detained on warrants for post-conviction applications or motions, (2) any person only detained on warrants for failure to appear or comply with orders of the Court after release in criminal matters, or (3) any person only detained on a warrant and in custody pursuant to a writ of habeas corpus.

If you have any questions as to whether you are affected by this settlement, contact the Class Counsel referred to in Question 4 of this Notice.

**3.    What are the changes to the proposed settlement?**

The Plaintiffs and the Defendants have reached a proposed settlement agreement that, if accepted by the Court, would result in a "Consent Decree" being entered by the Court. The Consent Decree will resolve all of Plaintiffs' claims in the lawsuit. The purpose of the Consent Decree is to improve the bail determination hearings provided to Class Members.

**4.    Who represents the individuals affected by the settlement?**

The lawyers representing the Class Members ("Class Counsel") are Brandon Buskey, Megan Lambert, and Aaron Lewis.

**5.    What are your options?**

On November 24, 2025, the United States District Court for the Western District of Oklahoma preliminarily approved the Consent Decree. Now the Court must hold a hearing to determine whether final approval should be granted. At the hearing, the Court will determine if the Consent Decree is fair, reasonable, and adequate. **The Final Approval and Fairness Hearing will be held on January 30, 2026 at 11:00 a.m., in Courtroom 103 of the federal courthouse at 200 N.W. 4th St., Oklahoma City, Oklahoma 73102.** You may, but are not required to, request to appear at the hearing if you submit a written objection or comment regarding the settlement, using the attached "Response to Proposed Class Action Settlement" form or your own paper, or if you submit an objection or comment online. The Court

will decide which class members will testify. Class members who do not appear at the final fairness hearing will be represented by Class Counsel.

If you have objections, comments, or statements about the proposed Consent Decree, you can submit them as follows:

You can submit comments, questions or objections on the attached "Response to Proposed Class Action Settlement" form or your own paper. If you choose to send an objection, comment, or statement, you must include your full name, all objections or comments and the reasons for them, any and all supporting papers (including all briefs, written evidence, and declarations), and your signature. If you are sending supporting papers, do not send originals because they will not be returned to you. **Written objections, comments, and statements should be sent to the following address**:

ACLU of Oklahoma
C/O Megan Lambert
PO Box 13327
Oklahoma City, OK 73113

You may also submit your written objections, comments, and statements by email to: intake@acluok.org. If you are submitting by email, please include the subject line: White v. Hesse Class Action Settlement.

All comments, questions, or objections must be submitted or postmarked by **January 16, 2026**. Properly and timely submitted objections and comments will be consolidated and submitted to the Court by Plaintiffs' counsel on **January 23, 2026**, in advance of the Final Approval and Fairness Hearing, which the Court will hold on **January 30, 2026 at 11:00 a.m**.

**Any objections, comments, or questions that do not comply with the above procedures and timeline will not be heard or considered by the Court**.

6.      **How can you get more information?**

If you have any questions about the matters contained in this notice, or any questions regarding the proposed Consent Decree, you may write or call Class Counsel's office below:

Megan Lambert
Legal Director
ACLU of Oklahoma
PO Box 13327
Oklahoma City, OK 73113
(405) 286-1104

Brandon Buskey
Director
Criminal Law Reform Project
American Civil Liberties Union
Foundation
125 Broad Street, 18th FL
New York, NY  10004
212-549-2500

**RESPONSE TO PROPOSED CLASS ACTION SETTLEMENT**

*White, et al. v. Hesse, et al.*, **Case No. 5:19-cv-1145-JD (W.D. OK)**

**Written objections, comments, and statements should be sent to the following address:**
**INSERT**

Full Name: _____

Address: _____

_____

_____

Criminal Case No.: _____

Criminal Attorney: _____

Objections/Comments/Statements:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(If you need additional space, you may continue writing on the other side of the page or attach additional pages.)

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N. E. 21ST
OKLAHOMA CITY, OK 73105





9489 0090 0027 6602 1192 83



US POSTAGE
ZIP 73105  $ 010.44
02 4M
0000386715 DEC 01 20

Tommy Humphries, District Attorney
CANADIAN COUNTY DISTRICT ATTORNEY'S OFFICE
303 N. Choctaw Ave.
El Reno, OK 73036

ALERT: SEVERE FLOODING WITH EVACUATIONS IN SOUTHERN CALIFORNIA, AND WINTER W…

# USPS Tracking®

FAQs ›

**Remove** ✕

Tracking Number:

## 94890090002766602119283

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:00 pm on December 3, 2025 in EL RENO, OK 73036.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

EL RENO, OK 73036
December 3, 2025, 1:00 pm

**Departed USPS Regional Facility**

OKLAHOMA CITY OK DISTRIBUTION CENTER
December 3, 2025, 7:54 am

**Arrived at USPS Regional Facility**

OKLAHOMA CITY OK DISTRIBUTION CENTER
December 2, 2025, 1:54 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**                                                                                          ⌄

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**