## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

**MISTY WHITE, JANARA MUSGRAVE, and LANDON PROUDFIT, On behalf of themselves and all others similarly situated, and**

                    **Plaintiffs,**

**v.**

**HON. PAUL HESSE, in his official capacity as Chief Judge of the 26th Judicial District, and HON. DAVID HALLEY, in his official capacity as Special Judge in the Canadian County District Court,**

                    **Defendants.**

**Case No: CIV-19-1145-STE**

## <u>ORDER</u>

This matter is before the Court for a Final Fairness Hearing and for approval of the Joint Motion for Final Approval and Entry of Consent Decree (ECF Nos. 147, 149). Brandon Buskey, Travis Handler and Megan Lambert appeared on behalf of Plaintiffs. Erin Moore and Jacy Sullivan appeared on behalf of Defendants. Counsel announced that no comments or objections were received; and jointly requested that the Motion be granted and the Consent Decree approved. The Court approved the side agreement; then made findings on the record consistent with and contained within the Consent Decree; and ordered that the same be approved and the Motion **(ECF No. 149)** be **GRANTED**.

IT IS SO ORDERED on January 30, 2026.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE